**BRIAN G. WOLF (SBN 135257)**
bwolf@lavelysinger.com
**EVAN N. SPIEGEL (SBN 198071)**
espiegel@lavelysinger.com
**CESIE C. ALVAREZ (SBN 355204)**
calvarez@lavelysinger.com
**LAVELY & SINGER P.C.**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Tel:    (310) 556-3501

Attorneys for Plaintiffs
ROBBINS RESEARCH INTERNATIONAL, INC.,
and TR LEGACY, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Robbins Research International, Inc.,** a corporation; **TR Legacy, LLC**, a limited liability company,<br><br>          Plaintiffs,<br><br>     v.<br><br>**InnoLeap AI LLC**, a limited liability company; **Mira Muse LLC**, a limited liability company; and DOES 1-10, inclusive,<br><br>          Defendants. | CASE NO.:  **'25 CV 1637 GPC DEB**<br><br>**COMPLAINT FOR:**<br><br>1.  **TRADEMARK INFRINGEMENT (15 U.S.C. § 1114(A) and § 1125(a))**<br>2.  **STATUTORY MISAPPROPRIATION OF NAME AND LIKENESS (CAL. CIV. CODE § 3344)**<br>3.  **COMMON LAW MISAPPROPRIATION OF NAME AND LIKENESS**<br>4.  **FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(a))**<br>5.  **COMMON LAW UNFAIR COMPETITION**<br><br>**DEMAND FOR JURY TRIAL** |

1    Plaintiffs ROBBINS RESEARCH INTERNATIONAL, INC. ("RRI") and

2  TR LEGACY, LLC ("TRL") (RRI and TRL collectively referred to as

3  "Plaintiffs"), by their attorneys Lavely & Singer P.C., for their Complaint against

4  Defendants InnoLeap AI LLC and Mira Muse LLC (collectively, "Defendants"),

5  allege as follows:

6  **NATURE OF THE ACTION**

7    1.    This case arises from a blatant, calculated, digital heist of valuable

8  and unique intellectual property. Defendants have, without authorization or

9  license, constructed an entire business model around impersonating various

10  persons and public figures as GPT AI chatbot replicas, including world-renowned

11  author, motivational speaker and performance coach Anthony "Tony" Robbins

12  ("Robbins"). Through their co-operated subscription enhanced website

13  <www.yeschat.ai> (Defendants' "Website" or "YesChat.ai"), Defendants promote

14  and distribute AI chatbot replicas that don't just mimic Robbins, they masquerade

15  as him.

16    2.    Plaintiffs exclusively own the rights to Robbins' world-recognized

17  and renowned name, image, likeness, voice, and persona (collectively, "NIL"),

18  and brand, as well as the proprietary materials, methodologies, trademarks and

19  coaching frameworks that Robbins has developed and commercialized over four

20  decades. These rights are highly valuable and protected. These rights are not open-

21  source. And they are not free for unscrupulous opportunistic tech developers to,

22  without authorization, ingest, replicate and repackage for their own promotion,

23  enhancement and profit.

24    3.    Plaintiff Robbins Research International, Inc. ("RRI"), through

25  license from its founder Robbins, owns the exclusive rights to Robbins NIL, and

26  owns the proprietary and copyrighted content underlying Robbins' seminars,

27  courses, audio-visual works, literary materials and branded coaching systems.

28  Plaintiff Tony Robbins Legacy, LLC ("TRL"), through license from Robbins,

2

COMPLAINT

owns the famous "ANTHONY ROBBINS" and "TONY ROBBINS" registered trademarks (the "ROBBINS Mark(s)"), along with the trademarks for various program titles and other goods and services featuring and/or related to Robbins and his brand. Together, these rights form the foundation of the world-recognized and valuable Robbins Brand.

4.     On their Website, Defendants offer over 10,000 AI chatbots, known as GPTs, that are trained to imitate specific personas or skillsets. Among these are more than ten separate GPTs labeled with Robbins' name, and using and incorporating Robbins' NIL, the ROBBINS Marks, and the Robbins Brand.

5.     Each of these GPTs offers a studied impersonation of Robbins that subscribers can actively engage with as if they are speaking to Robbins himself. Users are invited to ask questions, about career, relationships, self-discipline, purpose, and other core topics central to Robbins' persona, teachings and branded coaching systems, and the Robbins chatbot replicas respond in kind, dispensing advice and motivational insights compiled from Robbins' signature style and proprietary seminars, courses, materials and branded coaching systems.

6.     In doing so, Defendants have created a digital impersonation of and stand-in for Robbins, redirecting the very type of engagement that would otherwise lead consumers to attend Robbins' seminars, purchase his courses, or seek out licensed Robbins content and services through RRI's own website and/or licensed outlets. Defendants' Robbins chatbot replicas are designed to bypass Robbins, RRI and TRL entirely, delivering knockoff deficient and flawed versions of Robbins' insights and services under the false pretense of endorsement, without his involvement, consent, or compensation.

7.     This is digital, commercialized impersonation and misappropriation. Defendants' unauthorized use of the ROBBINS Mark, Robbins Brand, Robbins' persona, and Robbins' proprietary methods is not only deceptive and unlawful, it is deliberate. The bots drive website traffic. The traffic promotes Defendants' paid

1   subscriptions of its catalog of AI chatbot replicas, resulting in significant

2   monetary benefit to Defendants. The subscriptions drive profits, which are all

3   built on the illusion and passing-off that Robbins authorizes and endorses the

4   products and services.

5        8.      Defendants have no license, no consent, and absolutely no right to

6   copy, emulate, or profit from Robbins' NIL, proprietary methods and/or the

7   ROBBINS Marks. Yet that is exactly what Defendants have done, in flagrant

8   violation of Robbins' statutory and common law right of publicity, trademark

9   protections under the Lanham Act, and California's sweeping laws against unfair

10  business practices.

11       9.      Plaintiffs have issued formal cease-and-desist letters to Defendants,

12  demanding that Defendants remove and discontinue all use, posting and sale of

13  Robbins AI chatbot replicas on the Defendants' Website. Despite those formal

14  demands, Defendants have failed and refused to comply, and continue unabated in

15  their calculated unlawful scheme to exploit digital impersonations of Robbins and

16  to violate and misappropriate the valuable Robbins Marks and Brand. The

17  Robbins AI chatbot replicas remain live on Defendants' Website. The deception

18  continues. The damage escalates.

19       10.     By this action, Plaintiffs seek to put a permanent stop to this

20  unauthorized operation, hold Defendants accountable for their willful

21  misappropriation and false endorsement, and recover the substantial damages

22  caused by Defendants' calculated and egregious violation of Plaintiffs' publicity

23  rights, trademark rights, and protections against unfair competition.

### ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF
### JURISDICTION AND VENUE

26       11.     This action arises under the federal Lanham Act, 15 U.S.C. §§ 1051,

27  et seq.  This Court has exclusive federal question jurisdiction over this matter

28  pursuant to 28 U.S.C. §§ 1331 and 1338.

12.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 (b)(2)-(c) because Defendants, and each of them, are subject to personal jurisdiction in this District and a substantial part of the events, acts and/or omissions giving rise to the claims herein occurred in this District.  This Court has personal jurisdiction over Defendants because they regularly transact, do and solicit business in this District, including by: using or causing to be used, offering to sell or causing to be offered for sale, manufacturing, and/or selling directly a variety of products that infringe Plaintiffs' trademarks to customers in the United States, including in California and in this District.  Upon information and belief, Defendants derive revenue from interstate commerce.  The amount in controversy far exceeds One Million Dollars and includes damages and statutory remedies under the Lanham Act, including treble damages and disgorgement of profits, for Defendants' knowing and intentional unauthorized use and violations of Plaintiffs' trademarks and false endorsement of their services, some of which damages were sustained in the County of San Diego and in the County of Los Angeles.

13.     This Court has supplemental jurisdiction over Plaintiffs' claims arising under the laws of California pursuant to 28 U.S.C. § 1367(a) because these claims are so related to Plaintiffs' claims under federal law that they form part of the same case or controversy and derive from a common nucleus of operative fact.

14.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because Defendants are persons over whom this Court has personal jurisdiction and because a substantial part of the claims arose in this District.

## THE PARTIES

15.     Plaintiff Robbins Research International, Inc. (RRI) is a Nevada corporation, with its principal place of business in the County of San Diego, State of California, and conducting business in both the County of San Diego and the County of Los Angeles, State of California.

COMPLAINT

16.    Plaintiff TR Legacy, LLC (TRL) is a Nevada limited liability company, with its principal place of business in the County of San Diego, State of California, and conducting business in both the County of San Diego and the County of Los Angeles, State of California.

17.    Defendant InnoLeap AI LLC ("InnoLeap") is a limited liability company, with its principal place of business in the State of Wyoming, and conducting business throughout the world and United States, including in the State of California, in the Counties of San Diego and of Los Angeles.  Plaintiffs are informed and believe, and on that basis allege, that InnoLeap is doing business as and co-operates the website at <YesChat.AI>, and that YesChat.AI is not a separate legal entity. Plaintiffs are further informed and believe, and on that basis allege, that, at all times relevant hereto, Defendant InnoLeap directly co-owned, co-controlled, co-dominated, co-used, co-managed and/or co-operated the website at <YesChat.AI> and the services and products offered and exploited thereat.

18.    Defendant Mira Muse LLC ("Mira Muse") is a limited liability company, with its principal place of business in the State of Colorado, and conducting business throughout the world and United States, including in the State of California, in the Counties of San Diego and of Los Angeles.  Plaintiffs are informed and believe, and on that basis alleges, that Mira Muse is doing business as and co-operates the website at <YesChat.AI>, and that YesChat.AI is not a separate legal entity. Plaintiffs are further informed and believe, and on that basis alleges, that, at all times relevant hereto, Defendant Mira Muse directly co-owned, co-controlled, co-dominated, co-used, co-managed and/or co-operated the website at <YesChat.AI> and the services and products offered and exploited thereat.

19.    Plaintiffs are informed and believe and based thereon alleges that the fictitiously named defendants sued herein as Does 1 through 10, inclusive, and each of them, were in some manner responsible or legally liable for the events, actions, transactions, and circumstances alleged herein.  The true names and

capacities of said fictitiously named defendants, whether individual, corporate, associate, or otherwise, are presently unknown to Plaintiffs, and Plaintiffs will seek leave of this Court to amend this Complaint to assert the true names and capacities of said fictitiously named defendants when same have become known to Plaintiffs.  Hereinafter all defendants, including the Doe Defendants, will sometimes be referred to collectively as "Defendants."

20.     Plaintiffs are informed and believe and based thereon alleges that Defendants, and each of them, were the agents, employees, partners, joint-venturers, co-conspirators, owners, principals and employers of the remaining Defendants, and each of them, and are, and at all times herein mentioned were, acting within the course and scope of that agency, partnership, employment, conspiracy, ownership or joint venture.  Plaintiffs are further informed and believe and based thereon allege that the acts and conduct herein alleged of each such Defendant were known to, authorized by, and/or ratified by the other Defendants, and each of them.

21.     Plaintiffs are informed and believe and based thereon allege that InnoLeap and one or more of Doe Defendants 1 through 10 are, and at all times material hereto were, the principal members, managers, shareholders, officers, directors and/or owners of InnoLeap that InnoLeap and the applicable Doe Defendants at all times relevant hereto directly owned, controlled, dominated, used, managed and operated InnoLeap.

22.     Plaintiffs are informed and believe and based thereon allege that Mira Muse and one or more of Doe Defendants 1 through 10 are, and at all times material hereto were, the principal members, managers, shareholders, officers, directors and/or owners of Mira Muse that Mira Muse and the applicable Doe Defendants at all times relevant hereto directly owned, controlled, dominated, used, managed and operated Mira Muse.

23.    Plaintiffs are informed and believe and thereupon alleges that at all relevant times, Defendants acted in concert, conspired and agreed among themselves to commit the wrongful acts and practices alleged in this Complaint, and that such wrongful acts and practices were committed pursuant to and in furtherance of such conspiracy and agreement, and with the consent and approval of each of the Defendants.  Plaintiffs are informed and believe, and thereupon alleges, that each of the Defendants are liable as a direct participant, co-conspirator and/or aider and abettor of the wrongful acts and practices alleged herein.

## GENERAL ALLEGATIONS

**A.    The Robbins Brand**

24.    Plaintiff RRI is a globally recognized leader in the fields of business development, personal growth, and peak performance coaching. For over four decades, RRI has produced and presented thousands of seminars, events, and training programs led by its founder, Robbins, reaching tens of millions of individuals around the world through live appearances, broadcasts, and digital distribution.

25.    Robbins is a world-renowned and internationally known, recognized and respected author, peak performance coach and motivational speaker.  For the past four-plus decades, Anthony "Tony" Robbins has served as an advisor to leaders around the world – he is a recognized authority on the psychology of leadership, negotiations, organizational turnaround, and peak performance. Robbins has conducted thousands of seminars, attended by over a million people.

26.    Plaintiffs are the owners of intellectual property and literary materials referenced herein, including without limitation the trademarks and copyrights referenced below in and to the programs, courses, products, seminar materials, literary materials, audio-visual recordings, audios and recordings (including podcasts) featuring Robbins, specifically including the trademarks and copyrights

forming the basis of this action (all products, programs and materials featuring Robbins, collectively the "Robbins Brand").

**B.    The RRI Products**

27.    At issue in this action are the following RRI Robbins Brand programs, courses and materials, sets of CDs, audio-visual recordings, audio books, digital downloads and sets of DVDs (collectively, the "**RRI Products**"):

a.    *Tony Robbins & Dean Graziosi – Knowledge Business Blueprint*;

b.    *Tony Robbins & Dean Graziosi – Knowledge Broker Blueprint*;

c.    *The Power To Influence*;

d.    *Tony Robbins – Coach John Wooden*;

e.    *Tony Robbins - Meeting Master Deepak Chopra*;

f.    *Tony Robbins – SI Solutions*;

g.    *Time of Your Life*;

h.    *Ultimate Relationship Program*;

i.    *Breakthrough Series*;

j.    *The Power to Influence*;

k.    *Time of Your Life: More Time For What Really Matters to You*;

l.    *Ultimate Relationship Program – Box*;

m.    *Ultimate Relationship Program Action Book*;

n.    *Ultimate Relationship Program Daily Discipline Cards*;

o.    *Breaking Through: Creating The Life That You Deserve*;

p.    *Anthony Robbins Personal Coaching Collection*;

q.    *Anthony Robbins Powertalk!*;

r.    *Breakthrough With Tony Robbins*; and

28.    In connection with its business, RRI owns the copyrights in and to the content and/or the registered trademarks to the titles of the RRI Products.  The

1  RRI Products may only be copied, sold, and distributed by RRI authorized
2  manufacturers, distributors, and resellers.

3  **C.    The RRI Copyrights**

4        29.    RRI is the sole and exclusive owner of the copyrights in and to, but
5  not limited to, the following RRI Products.  The RRI Products are protected by the
6  following copyright registrations filed with the United States Copyright Office
7  (collectively, the "**RRI Copyrights**"):

8            a.    *The Power to Influence*, Copyright Reg. No. TX0004058201;
9            b.    *Time of Your Life: More Time For What Really Matters to You*,
10                Copyright Reg. No. SR0000265077;
11           c.    *Ultimate Relationship Program - Box*, Copyright Reg. No.
12               VA000138084;
13           d.    *Ultimate Relationship Program Action* Book, Copyright Reg.
14               No.TX0006441003;
15           e.    *Ultimate Relationship Program Daily Discipline Cards*,
16               Copyright Reg. No. TX0006441315; and
17           f.    *Breaking Through: Creating The Life That You Deserve*,
18               Copyright Reg. Nos. SR0000404039 (sound recording and
19               text) and PA0001349003 (motion picture).

20 Attached hereto as **Exhibit A** are true and correct copies of USCO record listings
21 for the above-referenced copyright registrations.

22 **D.    The RRI Trademarks**

23       30.    RRI is the sole and exclusive owner of all federal and common law
24 rights in and to the following Robbins Brand registered trademarks (collectively,
25 the "**RRI Trademarks**").

26           a.    *Money: Master The Game*, Trademark Reg. No. 5,315,118;
27           b.    *Living Health*, Trademark Reg. No. 5,732,575;
28           c.    *Unleash The Power Within*, Trademark Reg. No. 3,537,128;

d.    *Mastering Influence*, Trademark Reg. No. 3,295,148;

e.    *Date With Destiny*, Trademark Reg. No. 1,750,481;

f.    *Ultimate Edge*, Trademark Reg. No. 4,023,057;

g.    *Inner Strength Series Lessons in Mastery*, Trademark Reg. No. 3,210,187;

h.    *Live With Passion*, Trademark Reg. No. 4,199,943;

i.    *Personal Power*, Trademark Reg. No. 3,365,881;

j.    *The Body You Deserve*, Trademark Reg. No. 4,652,996;

k.    *The Time of Your Life*, Trademark Reg. No. 3,286,132;

l.    *Ultimate Relationship Program*, Trademark Reg. No. 4,170,659; and

m.    *Unlimited Power*, Trademark Reg. No. 5,395,493.

Attached hereto as **Exhibit B** are true and correct copies of printouts from the USP&TO website listing the above-referenced trademark registrations.

**E.    The TRL Trademarks**

31.    TRL is the owner of many of the most common and popular registered trademarks affiliated with the Robbins Brand, including the trade names "ANTHONY ROBBINS" and "TONY ROBBINS" (the "**ROBBINS MARK**"). TRL is the sole and exclusive owner of all federal and common law rights in and to the following Robbins Brand registered trademarks (collectively, the "**TRL Trademarks**"):

a.    *Anthony Robbins Personal Coaching Collection*, Trademark Reg. No. 3,439,066;

b.    *Anthony Robbins Powertalk!*, Trademark Reg. No. 4,750,748;

c.    *Breakthrough With Tony Robbins*, Trademark Reg. No. 4,165,117;

d.    *Anthony Robbins*, Trademark Reg. Nos. 2,305,962 and 3,354,887; and

1      e.    *Tony Robbins*, Trademark Reg. No. 4,154,395.

2  Attached hereto as **Exhibit C** are true and correct copies of printouts from the

3  USP&TO website listing the above-referenced trademark registrations.

4      32.    The RRI Trademarks and the TRL Trademarks are hereinafter

5  collectively referred to as the "**Plaintiffs' Marks**".  The Plaintiffs' Marks are

6  distinctive, have been continually used by Plaintiffs in commerce throughout the

7  United States, as well as worldwide, and are well known to the trade and members

8  of the purchasing public.

9      33.    RRI has continuously advertised, distributed, and sold merchandise

10  that incorporates the RRI Copyrights and the Plaintiffs' Marks through a wide

11  variety of distribution channels, including, but not limited to, through RRI's

12  official website(s), at RRI's live events and seminars, livestream events and

13  seminars and virtual events and seminars featuring Robbins.

14      34.    RRI operates its official website at <TonyRobbins.com> (the

15  "Official Robbins Website"), along with other related domains and websites for

16  certain individual programs or services.  On RRI's Official Robbins Website,

17  among a variety of programs, products and service information and offerings, it

18  includes, promotes and offers its own official "Tony Robbins AI" branded website

19  and App product and service.  "Tony Robbins AI" is a "fully interactive

20  experience powered by proven tools and wisdom of the world's #1 life and

21  business strategist," Tony Robbins.  It is available via the Official Robbins

22  Website, at the url <tonyrobbins.com/programs/tony-ai>.  See, for example, the

23  below set forth screengrab images from the Official Robbins Website for the

24  "Tony Robbins AI" program and product promotion page, "Image 1" and "Image

25  2", respectively:

26  / / /

27  / / /

28  / / /

1
2
3
4
5
6
7
8
9
10
11
12
13
14



(Image 1)

15
16
17
18
19
20
21
22
23
24
25
26
27



(Image 2)

28

13
COMPLAINT

## YESCHAT.AI'S UNLAWFUL MONETIZATION OF ROBBINS' IDENTITY AND WORK

35.     Defendants, through their co-operated website <YesChat.ai>, operate an AI chatbot platform offering users (consumers and the public) access to over 200,000 AI-generated chatbots or "GPTs" (short for Generative Pre-trained Transformers). These chatbots are trained to simulate the language, style, and knowledge of particular personalities or subject matters. These GPTs are both searchable and interactive.  Many are deliberately designed and programmed to impersonate real individuals, including public figures. In doing so, they are often presented in ways that attempt to pass them off as authentic, simulating real interactions with the person they imitate.

36.     For a subscription fee, YesChat.ai enables users to search for and engage with these GPTs as if they were speaking with the person or personality the chatbot replica is identified as and/or purports to portray.

37.     The GPTs are developed by third-party creators who train the bots using written materials, speech patterns, and publicly available or proprietary content, thereby creating simulations that mirror the voice and style of the figure they represent. Consequently, YesChat.ai operates as a marketplace for AI-driven chatbot replica personas.

38.     Defendants market and promote their chatbot services and products provided through their co-operated Website YesChat.ai. Users are encouraged to engage with these chatbots through tiered subscription plans, including paid "Pro," priced at $8 per month, "Ultra," priced at $16 per month, and "Unlimited," priced at $40 per month.

39.     Defendants have utilized this structure to host and promote GPTs that impersonate Robbins and are designed to pass-off as interacting with Robbins, and providing his services, materials and coaching. These GPTs falsely and fraudulently suggest that users are interacting with Robbins himself, thereby misleading the public and unlawfully trading on his identity.

40.    The YesChati.ai Website presently hosts (as currently known and located) eleven GPTs modeled after Robbins, featuring titles/names such as "Tony Robbins GPT," "Coach Tony," "Talk to Tony Robbins," "Tony Robbins - AI Life Coaching," and "Talk To Tony Robbins - Personal Growth Insights".

41.    Each of these chatbot replicas is designed to imitate Robbins' work, speaking style, teachings, and proprietary methods. The resulting simulated conversations mislead users into believing they are interacting with an AI chatbot endorsed or created by RRI itself, and providing the knowledge, coaching and/or services that Robbins could or would himself provide, through RRI and TRL.

42.    The YesChat.ai chatbot replicas of Robbins are located at, but not necessarily limited to, the following YesChat.ai website URLs and titled/named chatbots:

- https://www.yeschat.ai/gpts-2OTogxlOvE-Tony-Robbins-GPT, named "**Tony Robbins GPT - Personal Development Guide**" (referred to herein as "Robbins-GPT1");

- https://www.yeschat.ai/gpts-2OToO5C7wU-Coach-Tony, named "**Coach Tony - AI-Powered Life Coaching**" ("Robbins-GPT2");

- https://www.yeschat.ai/gpts-2OToO8b2aQ-Tony-Robbins, named "**Tony Robbins - AI Life Coaching**" ("Robbins-GPT3");

- https://www.yeschat.ai/gpts-2OToXX1zxG-Tony-Robbins-Coachfully-AI, named "**Tony Robbins > Coachfully.AI - Personalized Coaching AI**" ("Robbins-GPT4");

- https://www.yeschat.ai/gpts-9t557oxENu9-Coach-Tony, named "**Coach Tony - Personalized Life Coaching**" ("Robbins-GPT5");

- https://www.yeschat.ai/gpts-ZxX4DtYa-Tony, named "**Tony - Coaching-Style AI Assistant**" ("Robbins-GPT6");

- https://www.yeschat.ai/gpts-2OToc81H0t-Your-Personal-DWD-Guide, named "**Your Personal DWD Guide - Tony Robbins' DWD Coaching**" ("Robbins-GPT7");

- https://www.yeschat.ai/gpts-9t55R6RziXz-Tony-Robbins-Espa%C3%B1ol-GPT, named "**Tony Robbins Español GPT - Tony Robbins Motivational AI**" ("Robbins-GPT8");

- https://www.yeschat.ai/gpts-9t55R6RziXy-Talk-To-Tony-Robbins, named "**Talk To Tony Robbins - Personal Growth Insights**" ("Robbins-GPT9");

- https://www.yeschat.ai/gpts-2OToOBzg37-Tu-Coach-Para-El-%C3%89xito, named "**Tu Coach Para El Éxito - AI Coaching Companion**" ("Robbins-GPT10");

- https://www.yeschat.ai/gpts-9t55QZcCKgR-Executive-Coach, named "**Executive Coach - Personalized Executive Coaching**" ("Robbins-GPT11").

See, for example, the below set forth screengrab images from a set of search results on YesChat.ai for the terms "**Tony Robbins**" ("Image 3") and "**Anthony Robbins**" ("Image 4"), respectively:



(Image 3)

COMPLAINT



(Image 4)

43.     To create these chatbot impersonations, the unauthorized GPTs ingested Plaintiffs' proprietary content, including Robbins' teachings, methodologies, and language patterns, into their AI systems. The GPTs have transformed Robbins' identity and Plaintiffs' intellectual property into a competitive and misleading AI product, without seeking Plaintiffs' consent or obtaining the necessary rights to do so.

44.     By hosting and promoting these unauthorized GPTs, YesChat.ai profits from the public's interest in Robbins, while simultaneously diluting the Robbins brand and exploiting Robbins' identity and NIL. Far from being a neutral platform provider, YesChat.ai has built an infrastructure that actively seeks, requests, facilitates and benefits from the unauthorized impersonation of public figures and violation of intellectual property for commercial gain.

45.     Defendants prominently use Robbins' name and NIL, invoke his signature programs like "Date With Destiny," and claim to provide access to his

COMPLAINT

methods, including the "Robbins-Madanes Method" and neuro-linguistic programming techniques. In doing so, Defendants falsely imply that Robbins has endorsed, authorized, or is personally involved in these AI services and Defendants' services and products, when in fact, he has not.

46.    The chatbot replicas go beyond mere references to Robbins -- they are constructed to replicate his persona, and teachings and materials.

47.    More specifically, the chatbot referenced as "Tony Robbins GPT - Personal Development Guide" (Robbins-GPT1) is promoted as embodying "the motivational and empowering style of **renowned life coach Tony Robbins** . . . . It **leverages Tony Robbins' coaching frameworks, such as the Robbins-Madanes method and principles**."  See, for example, the below screengrab images of the listing and description of the Robbins-GPT1 chatbot on YesChat.ai, "Image 6" and "Image 7", respectively:



(Image 6)

COMPLAINT





(Image 7)

48.    The chatbot referenced as "Tony Robbins - AI Life Coaching" (Robbins-GPT3) is promoted as acknowledging that it incorporates and uses the "**techniques of the real Tony Robbins**" through an "AI-driven model designed to emulate his approach to personal development, leveraging techniques . . . ." and that the "**model utilizes interactive dialogue, mirroring Tony Robbins' dynamic coaching style**."  See, for example, the below screengrab images of the listing and description of the Robbins-GPT3 chatbot on YesChat.ai, "Image 8" and "Image 9", respectively:

/ / /

/ / /

/ / /

/ / /

19

1
2
3
4
5
6
7
8
9
10
11
12
13



(Image 8)

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



(Image 9)

49.    The chatbot referenced as "Tony - Coaching-Style AI Assistant" (Robbins-GPT6) is promoted as "**drawing inspiration from Tony Robbins**", including his use of neuro-linguistic programming, and claims that "Tony helps break it down into fundamental elements, offering insights using NLP for better self-awareness."  See, for example, the below screengrab image of the listing description of the Robbins-GPT6 chatbot on YesChat.ai, as "Image 10":



(Image 10)

50.    The chatbot referenced as "*Your Personal DWD Guide - Tony Robbins DWD Coaching*" (Robbins-GPT7) is promoted "as an interactive, digital coach **for individuals attending or interested in Tony Robbins' Date With Destiny (DWD) program**.  It combines the aspirational, motivational ethos of Robbins' teachings with practical, actionable advice . . ." and "**integrates principals from Robbins work**."  See, for example, the below set forth screengrab images of the listing and description of the Robbins-GPT7 chatbot on YesChat.ai, "Image 11" and "Image 12", respectively:

1
2
3
4
5
6
7
8
9
10
11
12
13



(Image 11)

14
15
16
17
18
19
20
21
22
23
24
25
26
27



(Image 12)

28

51.    Defendants have exploited Robbins' persona, and his NIL, as a marketing tool to attract consumers. The Website is replete with promotional language suggesting that the chatbot offers insights based on Robbins' actual coaching, *i.e.*, based on his and Plaintiffs' protected intellectual property.

52.    For example, the chatbot prompt at https://www.yeschat.ai/gpts-9t55R6RziXy-Talk-To-Tony-Robbins (Robbins-GPT9) states, without qualification, "**Talk To Tony Robbins**." There is no disclaimer or clarification informing users that they are not engaging with Robbins or anything authorized by him, and that they do not provide an accurate representation of engaging with him, further compounding the deception.  See, for example, the below set forth screengrab image of the listing and description of the Robbins-GPT9 chatbot on YesChat.ai, "Image 13" and "Image 14", respectively:



(Image 13)

/ / /

/ / /

COMPLAINT



(Image 14)

53.    Through YesChat.ai's subscription tiers marketed and sold to consumers and its users, it directly profits from the unauthorized use of Robbins' name, likeness, and proprietary content, incentivizing user subscriptions by falsely marketing Robbins' NIL and the Robbins' MARKs and brand, and falsely suggesting that they can interact with or receive coaching from Robbins himself.

54.    Unsuspecting users are misled into believing they are receiving guidance from a digital representation of Robbins himself, when in reality, they are interacting with a deficient simulation based on portions of his work. This intentional deception is designed to confuse users for Defendants' financial gain.

55.    Consumers seeking guidance are misled into believing that they are receiving digital advice from Robbins himself, bypassing Robbins' legitimate seminars, books, audio programs, and licensed coaching platforms entirely. As a result, users are diverted away from authorized Robbins content and services, causing direct and ongoing financial harm to Plaintiffs.

56.    Defendants have commercially exploited the ROBBINS mark and Robbins' NIL without authorization to promote and sell access to their paid subscription tiers. This unauthorized use was designed to attract consumer attention by falsely suggesting that Robbins and Plaintiffs endorse or are affiliated with Defendants and their services.

57.    Plaintiffs have never endorsed Defendants, are not affiliated with them in any way, and have not granted Defendants any rights to use, copy, display, distribute, or sell access to the infringing Robbins chatbot products.

58.    In short, Defendants have built a revenue model on impersonating Robbins and monetizing his brand without consent, license, or legal justification.

59.    Defendants' commercial exploitation of the ROBBINS Mark and Robbins' NIL is knowing and willful, as evidenced by (a) the sheer volume of infringing chatbot products promoted on the Website, (b) the use of these infringing products to drive consumer subscriptions and access to premium services, (c) the prominent and repeated use of the ROBBINS Mark and Robbins' NIL to market these products, and (d) Defendants' continued misconduct and operation of the infringing chatbots despite receiving multiple formal demand letters from Plaintiffs' counsel.

60.    Defendants have profited directly from their unauthorized use and misappropriation of Plaintiffs' marks and publicity rights, leveraging the Robbins' NIL and brand to sell access to their paid subscription tiers and increase user engagement. This conduct has diluted the Robbins Brand, misled consumers, diverted goodwill and revenue away from Plaintiffs, and caused significant reputational and financial harm.

61.    Despite receiving detailed written demands from Plaintiffs outlining the unauthorized use of Robbins' name, likeness, and brand, and demanding immediate removal of the infringing chatbot content and associated promotional materials, Defendants have refused to comply. The infringing chatbots remain publicly accessible and promoted on Defendants' commercial Website, leaving

Plaintiffs with no choice but to pursue this legal action to protect their rights and prevent further harm.

## **FIRST CLAIM FOR RELIEF**

### **(Trademark Infringement [15 U.S.C. § 1114(a) and § 1125(a)])**

### **(Against All Defendants)**

62.    Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 61 of this Complaint as if fully set forth herein.

63.    Plaintiffs have never authorized Defendants' use or exploitation of the ROBBINS Marks or any other trademark owned by Plaintiffs. Nevertheless, Defendants have repeatedly used these marks, along with Robbins' NIL, in connection with the marketing and promotion of their "Robbins" AI chatbot products, including those accessible via the Website. This unauthorized commercial use has continued despite Plaintiffs' written demands that Defendants immediately cease and desist.

64.    Defendants' unauthorized use of the ROBBINS Mark and associated branding is willful and calculated to trade on the goodwill, recognition, and consumer trust cultivated by Plaintiffs, including by and through their founder Robbins, over decades. Defendants' conduct constitutes deliberate trademark infringement under the Lanham Act.

65.    Defendants' use of the ROBBINS Mark and Robbins' persona is likely to cause, and has caused, consumer confusion, mistake, and deception. Reasonable consumers are misled into believing that the chatbot products available through the Defendants' Website are affiliated with, endorsed by, or sponsored by Robbins or Plaintiffs. In fact, there is no such affiliation or endorsement.

66.    This prominent and persistent unauthorized use of Plaintiffs' Marks dilutes their distinctiveness and diminishes their ability to signify authentic goods and services originating from Plaintiffs. It undermines the exclusive association

between the ROBBINS Mark and Plaintiffs' legitimate offerings in the field of personal development and peak performance coaching.

67.     Defendants are fully aware of Plaintiffs' ownership of the ROBBINS Mark and have nonetheless chosen to continue promoting "Robbins" branded and named chatbot products under that mark. Their ongoing use of the mark in this manner constitutes intentional infringement and bad faith, intended to divert consumers searching for genuine Robbins-branded programs toward Defendants' unrelated and unauthorized products and services.

68.     Defendants' unauthorized marketing of chatbot replicas as if they were approved or created by Robbins and Plaintiffs is a textbook case of "passing off." This false association causes ongoing irreparable harm to Plaintiffs' brand, reputation, and business. Plaintiffs have no adequate remedy at law and are entitled to temporary, preliminary, and permanent injunctive relief prohibiting Defendants from: (a) any use, reproduction, or display of the ROBBINS Mark or any confusingly similar mark; (b) any use of Robbins' name, likeness, or persona for commercial purposes; (c) any reference or implication of an affiliation, connection, sponsorship, or endorsement by Plaintiffs; and (d) any continued advertisement, promotion, or sale of chatbot products misappropriating Plaintiffs' brand, and promoted and offered under and in association with the protected ROBBINS Marks, name and brand.

69.     Plaintiffs are informed and believe, and on that basis allege, that as a direct and proximate result of Defendants' trademark infringement and unfair competition, Plaintiffs have suffered and will continue to suffer substantial economic harm, including but not limited to reputational damage, loss of goodwill, diversion of sales, and lost licensing opportunities. Plaintiffs currently estimate their damages to exceed $10 million and will seek leave to amend this Complaint to specify the amount once determined.

70.     This is an "exceptional case" within the meaning of 15 U.S.C. § 1117(a). Defendants' actions have been deliberate, fraudulent, and in bad faith,

taken with full knowledge of Plaintiffs' rights and a conscious intent to profit from their unauthorized use. Accordingly, Plaintiffs are entitled to recover their attorneys' fees and costs under the Lanham Act.

## SECOND CLAIM FOR RELIEF

### (Misappropriation of Name and Likeness – Cal. Civ. Code § 3344)

### (Against All Defendants)

71.     Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 61 of this Complaint as if fully set forth herein.

72.     At all relevant times, Robbins' name, image, likeness, and persona (NIL) have carried substantial commercial value and have been widely used by Plaintiffs in connection with seminars, books, courses, coaching programs, and other branded content offered to the public. Robbins' identity is unmistakably associated with Robbins and the Robbins Brand, and is licensed exclusively to Plaintiffs.

73.     Without Plaintiffs' knowledge, permission, or consent, Defendants knowingly used Robbins' name, image, likeness and/or persona in connection with the creation of and commercial promotion and monetization of AI chatbot products, including bots titled "Tony Robbins GPT," "Coach Tony," and "Talk to Tony Robbins." These chatbots are explicitly promoted as interactive digital versions of Robbins and are designed to sound and behave like him, falsely suggesting to consumers that Robbins is the source of or has authorized these Robbins persona impersonation bots.

74.     Defendants' unauthorized use of Robbins' identity was clearly for commercial purposes, including attracting user engagement, driving traffic to their website, and encouraging subscriptions to paid access tiers on YesChat.ai, all to benefit and enhance the value and the Defendant companies and brands. Defendants have commercially benefited from this misappropriation by leveraging Robbins' fame and reputation to sell products and services, and enhance its brand.

75.    Defendants' conduct constitutes a direct violation of California Civil Code § 3344, which prohibits the use of a person's name, voice, signature, photograph, or likeness for commercial purposes without consent. Defendants acted knowingly, willfully, and with the intent to exploit the commercial value of Robbins' identity for the benefit of the Defendant companies and brands.

76.    As a result of Defendants' misappropriation, Plaintiffs have suffered and will continue to suffer economic damages, including loss of control over Robbins' persona, harm to the Robbins Brand, and lost licensing revenue. Plaintiffs are entitled to actual damages, the profits attributable to the unauthorized use, and statutory damages under Civil Code § 3344, as well as punitive damages due to Defendants' willful misconduct.

77.    Plaintiffs are also entitled to injunctive relief to prevent further unauthorized use of Robbins' identity, including but not limited to his name, image, likeness, voice, and persona.

## THIRD CLAIM FOR RELIEF

### (Common Law Misappropriation / Right of Publicity)

### (Against All Defendants)

78.    Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 61 of this Complaint as if fully set forth herein.

79.    Under California common law, individuals have an enforceable right to control the commercial use of their name, likeness, image, and persona. That right has long been recognized as a property interest designed to protect against unauthorized exploitation for commercial gain.

80.    Robbins is a globally recognized motivational speaker, author, and peak performance coach, whose name and identity carry significant commercial value. Plaintiffs own and manage the rights to Robbins' right of publicity and brand, including his name, image, likeness, persona and signature performance, coaching and teaching methods.

81.     Defendants knowingly and without authorization misappropriated Robbins' name, image, likeness, persona and/or identity for commercial purposes. This includes the promotion, exploitation and furnishing to consumers of chatbot products explicitly branded and marketed to impersonate Robbins and to appear as though they reflect his voice, personality, coaching style, and signature programs.

82.     Defendants' chatbot replicas were not merely inspired by Robbins, they were designed to be him. Defendants' marketing statements promote that "YesChat AI leverages cutting-edge AI models like DeepSeek-R1, GPT-o1, GPT-4o, Claude3.5 Sonnet, and Claude3 Opus to power AI chat …" Utilizing these AI models and technology, chatbots were generated to impersonate or act like Robbins by processing together materials comprised of Robbins' NIL and authored performances and materials.  These chatbots are then hosted, marketed, offered to the public, including on a pay subscription for use basis, and operated on Defendants' Website.  These bots bear Robbins' name, promote his signature "Date With Destiny" seminar, among other of the Robbins' performances, programs and materials, and claim to use proprietary techniques associated with and taken from Robbins and his performances and materials. Defendants have thereby misappropriated the Robbins identity in a deliberate attempt to trade on his reputation, draw consumer attention, and monetize access to the chatbot products under false pretenses.

83.     Plaintiffs, as the exclusive right holders in and to the Robbins NIL and right of publicity, never consented to Defendants' commercial use of Robbins' identity. Defendants' conduct was willful, malicious, and undertaken with full knowledge of the value and rights associated with Robbins' persona.

84.     As a direct and proximate result of Defendants' unlawful conduct, Plaintiffs have suffered injury to reputation, brand value, and commercial opportunities. Plaintiffs are entitled to compensatory and punitive damages in an amount to be proven at trial, as well as injunctive relief to halt further misappropriation and to preserve the integrity of the Robbins NIL and Brand.

COMPLAINT

# FOURTH CLAIM FOR RELIEF

## (False Designation of Origin 15 U.S.C. §1125(a))

### (Against All Defendants)

85.     Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 61 of this Complaint as if fully set forth herein.

86.     The ROBBINS Mark and related trademarks are widely recognized and uniquely associated with Plaintiffs and the Robbins Brand. These marks carry substantial goodwill, are inherently distinctive, and have been continuously and prominently used in commerce across the United States and worldwide. Consumers recognize these marks as indicators of genuine programs, seminars, and services originating from Plaintiffs, and their founder, Robbins.

87.     Without any license, authorization, or consent, Defendants have used the ROBBINS Mark and Robbins' name, image, likeness and persona in connection with the promotion, advertisement, and monetization of Robbin branded AI chatbot products designed to mimic Robbins and his teachings, materials and performance coaching.

88.     Defendants' use of the ROBBINS Mark, along with references to signature Robbins programs, such as "Date With Destiny," and coaching methods, like the "Robbins-Madanes method," constitutes false designation of origin and false association under 15 U.S.C. § 1125(a). Defendants' conduct is likely to confuse and mislead consumers into believing that the Robbins named and branded chatbot products are affiliated with, endorsed by, or approved by Plaintiffs, when they are not.

89.     Defendants engaged in this conduct willfully and knowingly, with the intent to exploit the Robbins Brand, mislead consumers, and unlawfully benefit from the goodwill built by Plaintiffs. Defendants' false representations were made with full knowledge of their falsity and with the purpose of creating consumer confusion regarding the source and sponsorship of their products.

90.    This case qualifies as an "exceptional case" under 15 U.S.C. § 1117(a), as Defendants' actions have been deliberate, fraudulent, and taken in bad faith, with full awareness of Plaintiffs' rights and in conscious disregard for the truth. Plaintiffs are therefore entitled to recover their reasonable attorneys' fees and costs.

91.    Plaintiffs are also entitled to disgorgement of Defendants' profits earned through their unauthorized and deceptive use of the ROBBINS Mark and associated branding, pursuant to 15 U.S.C. § 1117(a).

92.    Plaintiffs further seek treble damages under 15 U.S.C. § 1117(a), due to the willful and egregious nature of Defendants' conduct.

93.    Plaintiffs have no adequate remedy at law. Unless enjoined, Defendants' continued use of Plaintiffs' trademarks, name, and likeness will cause irreparable harm to Plaintiffs' brand, reputation, and consumer trust. Plaintiffs are therefore entitled to preliminary and permanent injunctive relief to prevent further misuse of the ROBBINS Mark and associated false designations.

94.    As a direct and proximate result of Defendants' misconduct, Plaintiffs have suffered and continue to suffer substantial damages, including reputational harm and lost revenue. Plaintiffs estimate their damages to exceed Ten Million Dollars ($10,000,000), with the precise amount to be proven at trial. Defendants have also unlawfully profited from their infringing conduct in an amount to be determined at trial.

## FIFTH CLAIM FOR RELIEF

### (Common Law Unfair Competition)

### (Against All Defendants)

95.    Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 61 of this Complaint as if set forth in full herein.

96.    Defendants have engaged in unlawful, unfair, and fraudulent business practices in violation of California Business and Professions Code § 17200 et seq., including—but not limited to—the unauthorized use of the ROBBINS Mark,

Robbins' name, image, likeness and persona, and the promotion and monetization of unauthorized falsely designated Robbins named and branded AI chatbot products that impersonate and falsely associate with Robbins.

97.    Plaintiffs have suffered and will continue to suffer irreparable harm as a result of Defendants' unfair and unlawful conduct unless enjoined by this Court. Defendants' actions are likely to mislead and confuse consumers, damage the goodwill of the Robbins Brand, and divert legitimate business opportunities away from Plaintiffs.

98.    As a direct result of Defendants' deceptive and unauthorized conduct, Plaintiffs have been deprived of business relationships, licensing revenue, and prospective commercial opportunities. Defendants, in turn, have wrongfully obtained profits through their misleading promotion of chatbot products falsely tied to Robbins. Plaintiffs are entitled to compensatory damages in an amount to be determined at trial, believed to exceed Ten Million Dollars ($10,000,000), as well as restitution and disgorgement of all revenues and profits earned by Defendants in connection with their unfair business practices.

99.    Plaintiffs are informed and believe, and based thereon allege, that Defendants acted intentionally, willfully, and with conscious disregard for Plaintiffs' rights. Defendants' conduct was fraudulent, malicious, and oppressive, entitling Plaintiffs to an award of exemplary and punitive damages under applicable California law.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, jointly and severally, as follows:

1.      For preliminary and permanent injunctions enjoining and restraining Defendants, their agents, employees, representatives, partners, joint venturers, online store platform and/or host providers, and anyone acting on behalf of, or in concert with Defendants, from:

  a.      copying, reproducing, manufacturing, importing, shipping, delivering, selling, distributing, marketing, displaying, advertising or promoting, any product that incorporates or is marketed in conjunction with or by using, displaying or embodying any of the Plaintiffs' Marks;

  c.      copying, reproducing, manufacturing, importing, shipping, delivering, selling, distributing, marketing, displaying, advertising or promoting, any product that incorporates or is marketed in conjunction with or by using, displaying or embodying the ROBBINS Mark or Robbins' name, image, likeness and/or voice.

  d.      representing or implying, directly or indirectly, to customers, or any potential customers or online users/viewers of Defendants' Website that Defendants' Infringing Products originate with or are sponsored, endorsed, or licensed by, or are otherwise associated or affiliated with, Plaintiffs and/or Robbins.

2.      For an order requiring the destruction (removal and disabling) of all AI chatbot products and services branded as or impersonating Robbins and all related marketing, promotional, and advertising materials, including those published or displayed on YesChat.ai and/or any affiliated platforms, sites or pages under Defendants' custody, control, license or authorization;

3.      For an accounting of all profits received by Defendants and/or their affiliates from the promotion, distribution, and monetization of the infringing

1  chatbot products, and for an order requiring Defendants and their payment

2  processors to hold such profits in a constructive trust for the benefit of Plaintiffs;

3      4.    For an award to Plaintiffs of all profits unlawfully earned by

4  Defendants from the unauthorized use of the ROBBINS Mark and Robbins' name,

5  image, likeness and/or persona;

6      5.    For compensatory damages according to proof, in an amount not yet

7  fully ascertainable, but in excess of Ten Million ($10,000,000) Dollars;

8      6.    For damages of no less than Two Million Dollars ($2,000,000) for

9  each unauthorized use of Plaintiffs' trademarks;

10      7.    For treble damages under 15 U.S.C. § 1117(a), in an amount equal to

11  three times Plaintiffs' actual damages or Defendants' profits, whichever is greater;

12      8.    For disgorgement of Defendants' profits under California and federal

13  law;

14      9.    For punitive and exemplary damages for Defendants' willful and

15  malicious conduct;

16      10.    For prejudgment and post-judgment interest on all sums awarded;

17      11.    For reasonable attorneys' fees and costs incurred herein pursuant to

18  applicable law; and

19      12.    For such other and further relief as the Court deems just and proper.

20

21  Dated: June 26, 2025               LAVELY & SINGER
                               PROFESSIONAL CORPORATION

22                                 BRIAN G. WOLF
                               EVAN N. SPIEGEL

23                                 CESIE C. ALVAREZ

24

25                               By: _____*/s/ Brian G. Wolf*_____
                                 BRIAN G. WOLF

26                               Attorneys for Plaintiffs
                             ROBBINS RESEARCH

27                               INTERNATIONAL, INC. and
                             TR LEGACY, LLC

28

COMPLAINT

1

## **DEMAND FOR JURY TRIAL**

2
3
         Plaintiffs respectfully request a jury trial on all issues triable set forth in this

Complaint.

4
5
Dated:  June 26, 2025                    LAVELY & SINGER
                                         PROFESSIONAL CORPORATION
6                                        BRIAN G. WOLF
                                         EVAN N. SPIEGEL
7                                        CESIE C. ALVAREZ

8
9                                        By: _____/s/ *Brian G. Wolf*_____
                                                    BRIAN G. WOLF
10                                       Attorneys for Plaintiffs
                                         ROBBINS RESEARCH
11                                       INTERNATIONAL, INC. and
                                         TR LEGACY, LLC
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT

**EXHIBIT A**

**Copyright**

The Library has opened access to some reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Copyright Number = TX0004058201

Search Results: Displaying 1 of 1 entries

[◀ previous] [next ▶]

[ Labeled View ]

### *The power to influence : the sales mastery course / with Anthony Robbins.*

**Type of Work:** Kit

**Registration Number / Date:** TX0004058201 / 1995-07-17

**Application Title:** The power to influence sales mastery course.

**Title:** The power to influence : the sales mastery course / with Anthony Robbins.

**Description:** Kit.

**Copyright Claimant:** Robbins Research International, Inc. (employer for hire)

**Date of Creation:** 1990

**Date of Publication:** 1990-01-01

**Other Title:** The power to influence sales mastery course

**Names:** Robbins, Anthony

Robbins Research International, Inc.

[◀ previous] [next ▶]

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address:                          Email |

Help    Search    History    Titles    Start Over

EXHIBIT A

**Copyright**

The Library has opened access to some reading rooms by appointment only. **More**. The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000265077
Search Results: Displaying 1 of 1 entries



---

Labeled View

---

*The Time Of Your Life : More Time For What Really Matters To You.*

| | |
|---|---|
| **Type of Work:** | Kit |
| **Registration Number / Date:** | SR0000265077 / 1999-03-01 |
| **Application Title:** | Anthony Robbins' The Time Of Your Life. |
| **Title:** | The Time Of Your Life : More Time For What Really Matters To You. |
| **Description:** | Kit. |
| **Series:** | The quality of life series |
| **Notes:** | Add. ti.: 10 Days to Change Your Life & Anthony Robbins' Time & Life Management System. |
| **Copyright Claimant:** | © ℗ on text, recordings, cover photo & ill; Robbins Research International, Inc. |
| **Date of Creation:** | 1998 |
| **Date of Publication:** | 1998-08-15 |
| **Other Title:** | More Time For What Really Matters To You |
| | The quality of life series |
| | 10 Days to Change Your Life |
| | Anthony Robbins' Time & Life Management System |
| | Anthony Robbins' The Time Of Your Life |
| | The Time of Your Life |
| | Time & Life Management System |
| **Names:** | Robbins Research International, Inc. |





| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address:          39          Email |



EXHIBIT A

The Library has opened access to some reading rooms by appointment only. **More**. The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.



Help | Search | History | Titles | Start Over

---

# Public Catalog

 Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = TX0006441003
Search Results: Displaying 1 of 1 entries

◄ previous   next ►

---

Labeled View

***Ultimate relationship program action book.***

**Type of Work:** Text
**Registration Number / Date:** TX0006441003 / 2006-09-13
**Title:** Ultimate relationship program action book.
**Copyright Claimant:** Robbins Research International, Inc.
**Date of Creation:** 2005
**Date of Publication:** 2005-07-05
**Authorship on Application:** text: Robbins Research International, Inc., employer for hire, & Cloe Madanes.
**Copyright Note:** Cataloged from appl. only.
**Names:** Madanes, Cloe
Robbins Research International, Inc.



◄ previous   next ►

| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |



---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

EXHIBIT A

**Copyright**

The Library has opened access to some reading rooms by appointment only. **More**. The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0001380840
Search Results: Displaying 1 of 1 entries



---

Labeled View

*Ultimate relationship program--box.*

|  |  |
|--|--|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001380840 / 2006-09-22 |
| **Title:** | Ultimate relationship program--box. |
| **Notes:** | Photo & text. |
| **Copyright Claimant:** | Robbins Research International, Inc. |
| **Date of Creation:** | 2005 |
| **Date of Publication:** | 2005-07-05 |
| **Copyright Note:** | Cataloged from appl. only. |
| **Names:** | Robbins Research International, Inc. |





| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ⌄   Format for Print/Save |
| Enter your email address:  Email |

---

| Help | Search | History | Titles | Start Over |

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

EXHIBIT A

**Copyright**

The Library has opened access to some reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = TX0006441315
Search Results: Displaying 1 of 1 entries

[◀ previous] [next ▶]

---

[Labeled View]

*Ultimate relationship program daily discipline cards.*

**Type of Work:** Text
**Registration Number / Date:** TX0006441315 / 2006-09-13
**Title:** Ultimate relationship program daily discipline cards.
**Copyright Claimant:** Robbins Research International, Inc.
**Date of Creation:** 2005
**Date of Publication:** 2005-07-05
**Authorship on Application:** text: Cloe Madanes', 1940- & Robbins Research International, Inc., employer for hire.
**Copyright Note:** Cataloged from appl. only.
**Names:** Madanes', 1940-, Cloe
Robbins Research International, Inc.

[◀ previous] [next ▶]

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

---

| Help | Search | History | Titles | Start Over |

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

42

EXHIBIT A

**Copyright**

The Library has opened access to some reading rooms by appointment only.
**More**. The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

 Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000404039
Search Results: Displaying 1 of 1 entries



---

Labeled View

---

*Breaking through: creating the life that you deserve.*

|  |  |
|---|---|
| **Type of Work:** | Sound Recording and Text |
| **Registration Number / Date:** | SR0000404039 / 2006-09-08 |
| **Title:** | Breaking through: creating the life that you deserve. |
| **Copyright Claimant:** | © ℗ Robbins Research International, Inc. & Cloe Madanes |
| **Date of Creation:** | 2005 |
| **Date of Publication:** | 2005-07-05 |
| **Authorship on Application:** | recording & words: Chloe Madanes, 1940-, Robbins Research International, Inc., employer for hire. |
| **Copyright Note:** | C.O. correspondence. |
|  | Cataloged from appl. only. |
| **Names:** | Madanes, Chloe, 1940- |
|  | Robbins Research International, Inc. |



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format Full Record ▾ | Format for Print/Save |
| Enter your email address: | Email |

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

EXHIBIT A



The Library has opened access to some reading rooms by appointment only. **More**. The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

 Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001349003
Search Results: Displaying 1 of 1 entries

◀ previous    next ▶

Labeled View

*Breaking through : creating the life that you deserve.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001349003 / 2006-09-08 |
| **Title:** | Breaking through : creating the life that you deserve. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Robbins Research International, Inc. |
| **Date of Creation:** | 2005 |
| **Date of Publication:** | 2005-07-05 |
| **Authorship on Application:** | audio/video recording: Cloe Madanes, 1940- & Robbins Research International, Inc. (employer for hire) |
| **Previous Registration:** | Appl. states spoken words of session participants not claimed. |
| **Basis of Claim:** | New Matter: all other cinematographic material & all other spoken words. |
| **Other Title:** | Creating the life that you deserve |
| **Names:** | Madanes, Cloe, 1940- |
| | Robbins Research International, Inc. |



◀ previous    next ▶



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ▼   Format for Print/Save |
| Enter your email address:                          Email |

EXHIBIT A

**EXHIBIT B**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jul 27 03:17:23 EDT 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

MONEY MASTER THE GAME

| | |
|---|---|
| **Word Mark** | MONEY MASTER THE GAME |
| **Goods and Services** | IC 042. US 100 101. G & S: providing temporary use of a non-downloadable web application for financial data management and analysis in the field of financial improvement, financial information and advice, financial planning, financial asset management, and achieving financial independence. FIRST USE: 20141200. FIRST USE IN COMMERCE: 20141200 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87257913 |
| **Filing Date** | December 5, 2016 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 8, 2017 |
| **Registration Number** | 5315118 |
| **Registration Date** | October 24, 2017 |
| **Owner** | (REGISTRANT) Tony Robbins Productions, Inc. CORPORATION DELAWARE 3231-C Business Park Dr. #243 Vista CALIFORNIA 92081 |
| **Attorney of Record** | John H. Alspaugh, Esq. |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MONEY" APART FROM THE MARK AS SHOWN |
| **Type of** | SERVICE MARK |

EXHIBIT B

**Mark**

**Register**   PRINCIPAL

**Live/Dead Indicator**   LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4803:5294a9.2.1                                      2/2



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jul 27 03:17:23 EDT 2021*

| TESS Home | New User | Structured | Free Form | Browse Dict | SEARCH OG | Bottom | Help |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | Assign Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# LIVING HEALTH

| Word Mark | LIVING HEALTH |
|---|---|
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: boxed set of audio recordings, workbook and flash cards in the field of personal and health improvement all sold together as a unit. FIRST USE: 19991201. FIRST USE IN COMMERCE: 19991201 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 88088988 |
| Filing Date | August 22, 2018 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | February 5, 2019 |
| Registration Number | **5732575** |
| International Registration Number | 1453828 |
| Registration Date | April 23, 2019 |
| Owner | (REGISTRANT) Robbins Research International, Inc. CORPORATION NEVADA 6160 Cornerstone Court East, Suite 200 San Diego CALIFORNIA 92121 |
| Attorney of Record | John H. Alspaugh, Esq. |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HEALTH" APART FROM THE MARK AS SHOWN |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS Home | New User | Structured | Free Form | Browse Dict | SEARCH OG | Top | Help |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT B

https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4803:5294a9.3.1    1/1



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jul 27 03:17:23 EDT 2021*

| TESS Home | New User | Structured | Free Form | Browse Dict | Search OG | Bottom | Help |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

UNLEASH THE POWER WITHIN

| | |
|---|---|
| **Word Mark** | UNLEASH THE POWER WITHIN |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: audio and video recordings in the field of personal improvement. FIRST USE: 19910300. FIRST USE IN COMMERCE: 19910300 |
| | IC 041. US 100 101 107. G & S: educational services, namely, conducting classes and seminars in the field of personal improvement. FIRST USE: 19910300. FIRST USE IN COMMERCE: 19910300 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78894595 |
| **Filing Date** | May 26, 2006 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 9, 2008 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **3537128** |
| **International Registration Number** | 0894628 |
| **Registration Date** | November 25, 2008 |
| **Owner** | (REGISTRANT) Robbins Research International, Inc. CORPORATION NEVADA 6160 Cornerstone Court East, Suite 200 San Diego CALIFORNIA 92121 |
| **Attorney of Record** | John H. Alspaugh, |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20180115. |
| **Renewal** | 1ST RENEWAL 20180115 |
| **Live/Dead Indicator** | LIVE |
| **Abandonment Date** | June 10, 2008 |

| TESS Home | New User | Structured | Free Form | Browse Dict | Search OG | Top | Help |

 EXHIBIT B



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jul 27 03:17:23 EDT 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

MASTERING INFLUENCE

| | |
|---|---|
| Word Mark | MASTERING INFLUENCE |
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: audio recordings in the field of personal improvement. FIRST USE: 20051115. FIRST USE IN COMMERCE: 20051115 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 78724134 |
| Filing Date | September 30, 2005 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | July 4, 2006 |
| Registration Number | **3295148** |
| Registration Date | September 18, 2007 |
| Owner | (REGISTRANT) Geodex International, Inc. CORPORATION CALIFORNIA 9888 Carroll Centre Road, Suite 100 San Diego CALIFORNIA 92126 |
| | (LAST LISTED OWNER) ROBBINS RESEARCH INTERNATIONAL, INC. CORPORATION NEVADA 6160 Cornerstone Court East, Suite 200 San Diego CALIFORNIA 92121 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | John H. Alspaugh, Esq. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20170624. |
| Renewal | 1ST RENEWAL 20170624 |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4803:5294a9.5.1 1/1



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jul 27 03:17:23 EDT 2021*

| TESS Home | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | DATE WITH DESTINY |
| **Goods and Services** | IC 041. US 100 101 107. G & S: educational services; namely, conducting classes and seminars in the field of personal improvement. FIRST USE: 19870228. FIRST USE IN COMMERCE: 19870228 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74183833 |
| **Filing Date** | July 10, 1991 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 10, 1992 |
| **Registration Number** | **1750481** |
| **Registration Date** | February 2, 1993 |
| **Owner** | (REGISTRANT) Robbins, Anthony J. INDIVIDUAL UNITED STATES c/o Robbins Research International, Inc. 9191 Towne Centre Drive, Suite 600 San Diego CALIFORNIA 92122 |
| | (LAST LISTED OWNER) ROBBINS RESEARCH INTERNATIONAL, INC. CORPORATION BY ASSIGNMENT NEVADA 6160 Cornerstone Court East, Suite 200 San Diego CALIFORNIA 92121 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Marnie Wright Barnhorst, Esq. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20130219. |
| **Renewal** | 2ND RENEWAL 20130219 |
| **Live/Dead Indicator** | LIVE |

| TESS Home | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |



https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4803:5294a9.6.1

1/1



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jul 27 03:17:23 EDT 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# ULTIMATE EDGE

| | |
|---|---|
| **Word Mark** | ULTIMATE EDGE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: audio and video recordings in the field of personal improvement. FIRST USE: 20080000. FIRST USE IN COMMERCE: 20080000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77402809 |
| **Filing Date** | February 21, 2008 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 8, 2008 |
| **Registration Number** | **4023057** |
| **Registration Date** | September 6, 2011 |
| **Owner** | (REGISTRANT) Robbins Research International, Inc. CORPORATION NEVADA 6160 Cornerstone Court East, Suite 200 San Diego CALIFORNIA 92121 |
| **Attorney of Record** | John H. Alspaugh, Esq. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT B



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jul 27 03:17:23 EDT 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

| Word Mark | INNER STRENGTH SERIES LESSONS IN MASTERY |
|---|---|
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: audio and video recordings featuring self improvement. FIRST USE: 19990500. FIRST USE IN COMMERCE: 19990500 |
| | (CANCELLED) IC 041. US 100 101 107. G & S: [educational services, namely, conducting classes and seminars in the field of personal improvement]. FIRST USE: 19990500. FIRST USE IN COMMERCE: 19990500 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 78561179 |
| Filing Date | February 4, 2005 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | December 5, 2006 |
| Change In Registration | CHANGE IN REGISTRATION HAS OCCURRED |
| Registration Number | 3210187 |
| Registration Date | February 20, 2007 |
| Owner | (REGISTRANT) Robbins Research International, Inc. CORPORATION NEVADA 6160 Cornerstone Court East, Suite 200 San Diego CALIFORNIA 92121 |
| Attorney of Record | John H. Alspaugh, Esq. |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL-2(F) |
| Affidavit Text | SECT 15. PARTIAL SECT 8 (6-YR). SECTION 8(10-YR) 20161128. |
| Renewal | 1ST RENEWAL 20161128 |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |



EXHIBIT B

https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4803:5294a9.9.1

1/2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jul 27 03:17:23 EDT 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



LIVE WITH PASSION

| | |
|---|---|
| **Word Mark** | LIVE WITH PASSION |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: audio and video recordings in the field of personal improvement. FIRST USE: 19980000. FIRST USE IN COMMERCE: 19980000 |
| | IC 041. US 100 101 107. G & S: educational services, namely, conducting classes and seminars in the field of personal improvement. FIRST USE: 19980000. FIRST USE IN COMMERCE: 19980000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85409436 |
| **Filing Date** | August 29, 2011 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 14, 2012 |
| **Registration Number** | 4199943 |
| **Registration Date** | August 28, 2012 |
| **Owner** | (REGISTRANT) Robbins Research International, Inc. CORPORATION NEVADA 6160 Cornerstone Court East, Suite 200 San Diego CALIFORNIA 92121 |
| **Attorney of Record** | John H. Alspaugh, Esq. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT B

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jul 27 03:17:23 EDT 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

## PERSONAL POWER

| | |
|---|---|
| **Word Mark** | PERSONAL POWER |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: audio and video recordings in the field of self improvement. FIRST USE: 19920901. FIRST USE IN COMMERCE: 19920901 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78960111 |
| **Filing Date** | August 24, 2006 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 23, 2007 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 3365881 |
| **Registration Date** | January 8, 2008 |
| **Owner** | (REGISTRANT) Robbins Research International, Inc. CORPORATION NEVADA 6160 Cornerstone Court East, Suite 200 San Diego CALIFORNIA 92121 |
| **Attorney of Record** | John H. Alspaugh, Esq. |
| **Prior Registrations** | 1863573 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20171031. |
| **Renewal** | 1ST RENEWAL 20171031 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

EXHIBIT B



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jul 27 03:17:23 EDT 2021*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# THE BODY YOU DESERVE

| | |
|---|---|
| **Word Mark** | THE BODY YOU DESERVE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: audio and video recordings in the field of personal improvement. FIRST USE: 19920901. FIRST USE IN COMMERCE: 19920901 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86324690 |
| **Filing Date** | June 30, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 23, 2014 |
| **Registration Number** | **4652996** |
| **Registration Date** | December 9, 2014 |
| **Owner** | (REGISTRANT) Robbins Research International, Inc. CORPORATION NEVADA 6160 Cornerstone Court East, Suite 200 San Diego CALIFORNIA 92121 |
| **Attorney of Record** | John H. Alspaugh, Esq. |
| **Prior Registrations** | 1845517 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | Top | HELP

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT B

https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4803:5294a9.13.1

1/1



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jul 27 03:17:23 EDT 2021*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*



**THE TIME OF YOUR LIFE**

| | |
|---|---|
| Word Mark | THE TIME OF YOUR LIFE |
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: Audio and video recordings in the field of self-improvement. FIRST USE: 19980609. FIRST USE IN COMMERCE: 19980609 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 78872542 |
| Filing Date | April 28, 2006 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | June 12, 2007 |
| Change In Registration | CHANGE IN REGISTRATION HAS OCCURRED |
| Registration Number | 3286132 |
| Registration Date | August 28, 2007 |
| Owner | (REGISTRANT) Robbins Research International, Inc. CORPORATION NEVADA 6160 Cornerstone Court East, Suite 200 San Diego CALIFORNIA 92121 |
| Attorney of Record | John H. Alspaugh, Esq. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20161128. |
| Renewal | 1ST RENEWAL 20161128 |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |





United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jul 27 03:17:23 EDT 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

## ULTIMATE RELATIONSHIP PROGRAM

| | |
|---|---|
| **Word Mark** | ULTIMATE RELATIONSHIP PROGRAM |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: boxed set of audio and video recordings, workbook and flash cards in the field of personal improvement all sold together as a unit. FIRST USE: 20050701. FIRST USE IN COMMERCE: 20050701 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85420811 |
| **Filing Date** | September 12, 2011 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 24, 2012 |
| **Registration Number** | **4170659** |
| **Registration Date** | July 10, 2012 |
| **Owner** | (REGISTRANT) Robbins Research International, Inc. CORPORATION NEVADA 6160 Cornerstone Court East, Suite 200 San Diego CALIFORNIA 92121 |
| **Attorney of Record** | John H. Alspaugh, Esq. |
| **Prior Registrations** | 3354659 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PROGRAM" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |



EXHIBIT B



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jul 27 03:17:23 EDT 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

UNLIMITED POWER

| | |
|---|---|
| **Word Mark** | UNLIMITED POWER |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: a series of downloadable electronic books in the field of personal improvement; audio books in the field of personal improvement. FIRST USE: 19970000. FIRST USE IN COMMERCE: 19970000 |
| | IC 016. US 002 005 022 023 029 037 038 050. G & S: a series of books in the field of personal improvement. FIRST USE: 19970000. FIRST USE IN COMMERCE: 19970000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87523484 |
| **Filing Date** | July 11, 2017 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 21, 2017 |
| **Registration Number** | **5395493** |
| **Registration Date** | February 6, 2018 |
| **Owner** | (REGISTRANT) Robbins Research International, Inc. CORPORATION NEVADA 6160 Cornerstone Court East, Suite 200 San Diego CALIFORNIA 92121 |
| **Attorney of Record** | John H. Alspaugh, Esq. |
| **Prior Registrations** | 3155502 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

EXHIBIT B

**EXHIBIT C**



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jul 27 03:17:23 EDT 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

ANTHONY ROBBINS PERSONAL COACHING COLLECTION

| | |
|---|---|
| **Word Mark** | ANTHONY ROBBINS PERSONAL COACHING COLLECTION |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Audio and video recordings in the field of personal improvement. FIRST USE: 20060730. FIRST USE IN COMMERCE: 20061003 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77123055 |
| **Filing Date** | March 6, 2007 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 18, 2008 |
| **Registration Number** | **3439066** |
| **Registration Date** | June 3, 2008 |
| **Owner** | (REGISTRANT) Robbins Research International, Inc. CORPORATION NEVADA 930 S. Andreasen Drive, Suite H Escondido CALIFORNIA 92029 |
| | (LAST LISTED OWNER) TR LEGACY, LLC LIMITED LIABILITY COMPANY NEVADA 6160 Cornerstone Court East, Suite 200 San Diego CALIFORNIA 92121 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | John H. Alspaugh, Esq. |
| **Prior Registrations** | 1863573;2551974 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20180416. |
| **Renewal** | 1ST RENEWAL 20180416 |
| **Other Data** | The name "Anthony Robbins" identifies a living individual whose consent is of record. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |



United States Patent and Trademark Office

Home |Site Index |Search |FAQ |Glossary |Contacts |eBusiness |eBiz alerts |News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jul 27 03:17:23 EDT 2021*

| TESS Home | New User | Structured | Free Form | Browse Dict | Search OG | Bottom | Help |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | Assign Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

ANTHONY ROBBINS POWERTALK!

| | |
|---|---|
| **Word Mark** | ANTHONY ROBBINS POWERTALK! |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: audio and video recordings in the field of personal improvement. FIRST USE: 19900131. FIRST USE IN COMMERCE: 19900131 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86270613 |
| **Filing Date** | May 2, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 24, 2015 |
| **Registration Number** | **4750748** |
| **Registration Date** | June 9, 2015 |
| **Owner** | (REGISTRANT) TR LEGACY, LLC LIMITED LIABILITY COMPANY NEVADA 6160 Cornerstone Court East, Suite 200 San Diego CALIFORNIA 92121 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | John H. Alspaugh |
| **Prior Registrations** | 1840415;1863573;2551974;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name(s), portrait(s), and/or signature(s) shown in the mark identifies "ANTHONY ROBBINS", whose consent(s) to register is made of record. |
| **Live/Dead Indicator** | LIVE |

| TESS Home | New User | Structured | Free Form | Browse Dict | Search OG | Top | Help |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4804:6gwez3.3.1

1/1



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jul 27 03:17:23 EDT 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

BREAKTHROUGH WITH TONY ROBBINS

| | |
|---|---|
| **Word Mark** | BREAKTHROUGH WITH TONY ROBBINS |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: audio and video recordings in the field of personal improvement. FIRST USE: 20100000. FIRST USE IN COMMERCE: 20100000 |
| | (CANCELLED) IC 041. US 100 101 107. G & S: [ educational and entertainment services, namely, programs about personal improvement accessible by radio, television, satellite, audio, video and computer networks; educational and entertainment services, namely, the presentation of seminars, workshops, panel discussions and ongoing television and radio shows all in the field of personal improvement; educational services, namely, conducting classes and seminars in the field of personal improvement ]. FIRST USE: 20100000. FIRST USE IN COMMERCE: 20100000 |
| | (CANCELLED) IC 045. US 100 101. G & S: [ providing a website featuring information in the field of personal improvement ]. FIRST USE: 20100000. FIRST USE IN COMMERCE: 20100000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85097328 |
| **Filing Date** | July 30, 2010 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 19, 2011 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **4165117** |
| **Registration Date** | June 26, 2012 |
| **Owner** | (REGISTRANT) Robbins Research International, Inc. CORPORATION NEVADA 930 S. Andreasen Drive, Suite H Escondido CALIFORNIA 92029 |
| | (LAST LISTED OWNER) TR LEGACY, LLC LIMITED LIABILITY COMPANY NEVADA 6160 Cornerstone Court East, Suite 200 San Diego CALIFORNIA 92121 |
| **Assignment** | ASSIGNMENT RECORDED |

EXHIBIT C

63

| | |
|---|---|
| **Recorded** | |
| **Attorney of Record** | John H. Alspaugh, Esq. |
| **Prior Registrations** | 1852682;3229561 |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. PARTIAL SECT 8 (6-YR). |
| **Other Data** | The name(s), portrait(s), and/or signature(s) shown in the mark identifies "TONY ROBBINS", whose consent(s) to register is made of record. |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT C

https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4804:6gwez3.4.1

Trademark Electronic Search System (TESS) 


**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Contacts|eBusiness|eBiz alerts|News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jul 27 03:17:23 EDT 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# ANTHONY ROBBINS

| Word Mark | ANTHONY ROBBINS |
|---|---|
| Goods and Services | IC 041. US 100 101 107. G & S: Educational services, namely conducting classes and seminars in the fields of financial improvement, personal improvement and sales training. FIRST USE: 19810228. FIRST USE IN COMMERCE: 19810228 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75571860 |
| Filing Date | October 16, 1998 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | October 12, 1999 |
| Registration Number | **2305962** |
| International Registration Number | 0895305 |
| Registration Date | January 4, 2000 |
| Owner | (REGISTRANT) Robbins Research International, Inc. CORPORATION NEVADA 9888 Carroll Centre Road, Suite 100 San Diego CALIFORNIA 92126 |
| | (LAST LISTED OWNER) TR LEGACY, LLC LIMITED LIABILITY COMPANY NEVADA 6160 Cornerstone Court East, Suite 200 San Diego CALIFORNIA 92121 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | John H. Alspaugh, Esq. |
| Prior Registrations | 1851374;1852682;2043012;AND OTHERS |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20200114. |
| Renewal | 2ND RENEWAL 20200114 |
| Other Data | "ANTHONY ROBBINS" is a living individual whose consent is of record. |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

EXHIBIT C



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jul 27 03:17:23 EDT 2021*

| TESS Home | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# ANTHONY ROBBINS

| | |
|---|---|
| **Word Mark** | ANTHONY ROBBINS |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: audio and video recordings in the field of personal improvement. FIRST USE: 19880000. FIRST USE IN COMMERCE: 19880000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77020443 |
| **Filing Date** | October 13, 2006 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 2, 2007 |
| **Registration Number** | **3354887** |
| **Registration Date** | December 18, 2007 |
| **Owner** | (REGISTRANT) Robbins Research International, Inc. CORPORATION NEVADA 9888 Carroll Centre Road, Suite 100 San Diego CALIFORNIA 92126 |
| | (LAST LISTED OWNER) TR LEGACY, LLC LIMITED LIABILITY COMPANY NEVADA 6160 Cornerstone Court East, Suite 200 San Diego CALIFORNIA 92121 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | John H. Alspaugh, Esq. |
| **Prior Registrations** | 2305962 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20170808. |
| **Renewal** | 1ST RENEWAL 20170808 |
| **Live/Dead Indicator** | LIVE |

| TESS Home | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | Top | HELP |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT C

https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4804:6gwez3.5.1

1/1



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jul 27 03:17:23 EDT 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# TONY ROBBINS

| | |
|---|---|
| **Word Mark** | TONY ROBBINS |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: audio and video recordings in the field of personal improvement, financial improvement and sales training. FIRST USE: 19800000. FIRST USE IN COMMERCE: 19800000 |
| | IC 041. US 100 101 107. G & S: educational services, namely, conducting classes and seminars in the fields of personal improvement, financial improvement and sales training. FIRST USE: 19800000. FIRST USE IN COMMERCE: 19800000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77680528 |
| **Filing Date** | February 27, 2009 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 7, 2009 |
| **Registration Number** | **4154395** |
| **International Registration Number** | 1426841 |
| **Registration Date** | June 5, 2012 |
| **Owner** | (REGISTRANT) Robbins Research International, Inc. CORPORATION NEVADA 930 S. Andreasen Drive, Suite H Escondido CALIFORNIA 92029 |
| | (LAST LISTED OWNER) TR LEGACY, LLC LIMITED LIABILITY COMPANY NEVADA 6160 Cornerstone Court East, Suite 200 San Diego CALIFORNIA 92121 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | John H. Alspaugh, Esq. |
| **Prior Registrations** | 2305962;3354887 |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |

EXHIBIT C

https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4804:6gwez3.6.1 1/2

| | |
|---|---|
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Other Data** | The name "TONY ROBBINS" identifies a living individual whose consent is of record. |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT C

