**BRIAN G. WOLF (SBN 135257)**
bwolf@lavelysinger.com
**EVAN N. SPIEGEL (SBN 198071)**
espiegel@lavelysinger.com
**CESIE C. ALVAREZ (SBN 355204)**
calvarez@lavelysinger.com
**LAVELY & SINGER P.C.**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Tel:    (310) 556-3501

Attorneys for Plaintiffs
ROBBINS RESEARCH INTERNATIONAL, INC.,
and TR LEGACY, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Robbins Research International, Inc**., a corporation; **TR Legacy, LLC**, a limited liability company,<br><br>            Plaintiffs,<br><br>        v.<br><br>**InnoLeap AI LLC**, a limited liability company; **Mira Muse LLC**, a limited liability company; and DOES 1-10, inclusive,<br><br>            Defendants. | CASE NO.: 25cv1637-GPC-DEB<br>Hon. Gonzalo P. Curiel<br><br>**DECLARATION OF BRUCE LEVINE IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS INNOLEAP AI LLC AND MIRA MUSE LLC**<br><br>Complaint Filed:        June 26, 2025<br>Innoleap AI LLC<br>   Service Effective:    July 1, 2025<br>   L/D to Respond:    July 22, 2025<br>Mira Muse LLC<br>   Service Effective:    June 30, 2025<br>   L/D to Respond:    July 21, 2025<br>Defaults Entered:       Aug 1, 2025 |

I, Bruce Levine, declare as follows:

1.      I am the Associate General Counsel of plaintiffs Robbins Research International, Inc ("RRI") and TR Legacy, LLC ("TRL"), and counsel for Anthony "Tony" Robbins, RRI's namesake and CEO. I have been Associate General Counsel of RRI since 2009 and of TRL since 2014. I am an attorney at law duly qualified to practice before the Courts of the State of California and the United States of America.  The facts stated herein are stated of my own personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto. This Declaration is submitted in support of Plaintiffs RRI and TRL's Motion for Default Judgment against defendants InnoLeap AI LLC ("InnoLeap") and Mira Muse LLC ("Mira Muse") (collectively, "Defendants").

2.      In my position as General Counsel for RRI, I have personal knowledge that, for more than four decades, RRI and Anthony Robbins, also professionally known as Tony Robbins ("Robbins") -- the individual, founder and CEO of RRI and TRL -- have invested substantial time, money, and effort in developing the Robbins Brand and Robbins' name, image, likeness, voice, and persona (collectively, Robbins' "NIL").

3.      Robbins is a world-renowned and internationally known, recognized and respected author, peak performance coach and personal and professional development speaker. Robbins' NIL, and his Robbins Brand and related Robbins trademarks and tradenames, are well established, highly valuable, and both carefully protected in their use and associations.

(a)      Recognized World Authority on Leadership Psychology.  For the past four decades, Tony Robbins has served as an advisor to leaders around the world. A recognized authority on the psychology of leadership, negotiations, organizational turnaround, and peak performance, he has been honored consistently for his strategic intellect and humanitarian endeavors. His nonprofit "Tony Robbins Foundation" provides assistance to inner-city youth, senior

1

citizens, and the homeless, and feeds more than three million people in 56 countries every year through its international holiday "Basket Brigade." Robbins has directly impacted the lives of more than 50 million people from over 100 countries with his best-selling books, multimedia and health products, public speaking engagements, and live events. Robbins has been called on by leaders from every walk of life – US presidents, political leaders, advocates for humanity, CEOs of multinational corporations, psychologists, peak performance athletes, world-class entertainers, teachers, and parents. Since fathering the life coaching industry, Robbins has produced the #1-selling audio coaching system of all time.

(b)    <u>Internationally Award-Winning Speaker</u>. In addition to his global efforts to facilitate leadership, peace and philanthropy, Robbins is an award-winning speaker who has addressed such distinguished audiences as the British Parliament, Harvard Business School, the Gorbachev Foundation's Cold War Forum, the Presidents' Summit for America's Future, the State of the World Forum, Vice President Al Gore's Putting Customers First Conference, and the World Economic Forum. In 2006, he was invited to and spoke at the prestigious Technology, Entertainment and Design (TED) Conference, attended by the world's most influential thinkers and leaders, including the founders of Google and Vice President Al Gore. His speech is one of the top ten most viewed in the history of TED, with more than two million views. Robbins has conducted many thousands of seminars, attended by well over a million people.

(c)    <u>Internationally Best-Selling Author</u>. Robbins is an internationally best-selling author, with eight best-selling books published in 14 languages, including *Unlimited Power: The New Science of Personal Achievement* (1986; ISBN 0-684-84577-6), and *Awaken The Giant Within* (1992; ISBN 0-671-79154-0), and *Money: Master the Game: 7 Simple Steps to Financial Freedom* (2014; ASIN B00OPAJZGG), and *Unshakeable: Your Financial Freedom Playbook* (2017; ISBN-10  1501164589), and *Life Force* (2022; ISBN-10

2

198212170X).  Robbins is also the creator of the #1 personal and professional development system of all time - *Personal Power,* with more than 40 million audios sold worldwide. Robbins is also the creator of the "*Business Mastery"* program and mentorship seminar series, and the "***Unleash the Power Within***" copyrighted and trademarked live seminar and program (via live seminars, paid subscription live streaming, and recorded live audio and available as an audiobook), offered through RRI's TonyRobbins.com website and authorized via Amazon and other outlets.

(d)     <u>Mass Media Celebrity / Innovator</u>.  Robbins has developed and produced five award-winning television infomercials that for more than 20 years continuously aired on average every 30 minutes, 24 hours a day somewhere in North America since their initial introduction in April 1989. His work has been featured in virtually all major media including *Time*, *Newsweek*, *Fortune*, *Forbes*, *Life*, *GQ*, *Vanity Fair*, *Business Week*, *Tycoon* and *Success* magazines, the CBS Evening News, NBC News, ABC's Prime Time Live, Fox News, CNN and A&E as well as thousands of newspapers, radio programs, and Internet media worldwide. Robbins has been mentioned or featured in 15 major motion pictures, including a cameo role in the hit movie "*Shallow Hal.*" In 2007, he was named to *Forbes* magazine's "Celebrity 100" list.

4.     In my position as General Counsel for RRI, I have personal knowledge that RRI, by license from Robbins (a world-famous living person), holds (directly and through its related entity TR Legacy, LLC) all and exclusive rights in and to both (i) the registered marks "TONY ROBBINS" and "ANTHONY ROBBINS" (the Robbins' "Mark(s)"), and numerous related trademark registrations incorporating that name and Marks; *and* (ii) the right of publicity, *i.e.*, celebrity name, likeness and common-law mark, of Tony Robbins and Anthony Robbins, as further set forth herein. The *Tony Robbins* and *Anthony Robbins* brand, including Robbins' international best-selling books, personal audio tapes,

1   materials, services, seminars, livestreaming and audio-video recordings of his

2   seminars, his podcasts, his digital identity and services, and his celebrity name and

3   likeness, are, by exclusive license, marketed through RRI (collectively, the

4   "Robbins Brand").  As a result of the foregoing, a significant portion of the world-

5   wide public associates the name, the tradenames and the Marks "Tony Robbins"

6   and "Anthony Robbins", with RRI and its unique and quality goods and services.

7       5.   The mark "ANTHONY ROBBINS" includes both a "service mark"

8   and "word mark" registered with the U.S. Patent and Trademark Office

9   ("USPTO"), including pursuant to the service mark Registration Nos. 2305962 and

10   International Registration No. 0895305, with listed first use in commerce of 1981,

11   and word mark Registration No. 3354887, with first use in commerce of 1988.  The

12   "service mark" and "word mark" are in connection with services, namely

13   conducting classes and seminars in the fields of financial improvement and

14   performance, personal improvement and performance, management, and sales and

15   interpersonal training, and for audio and video recordings, seminars and live

16   events, in the field of financial and personal improvement, which have been used

17   by Complainant in commerce since the 1980's.  Attached hereto as **Exhibit "A"** is

18   a true and correct copy of a print-out of USPTO Trademark Registration record for

19   Reg. No. 2305962 and International Reg. No. 0895305, for the service mark

20   "Anthony Robbins".  Attached hereto as **Exhibit "B"** is a true and correct copy of

21   a print-out of USPTO Trademark Registration record for Reg. No. 3354887 for the

22   word mark "Anthony Robbins".

23       6.   The mark "TONY ROBBINS" includes a "word mark" registered

24   with the USPTO, pursuant to the Registration No. 4154395 and International

25   Registration No. 1426841, with listed first use in commerce of 1980.  The "word

26   mark" is registered in connection with services, namely, but not limited to, goods

27   and services for "Educational services, namely conducting classes and seminars in

28   the fields of financial improvement, personal improvement and sales training" and

4

1    for "audio and video recordings in the field of personal improvement". Attached
2    hereto as **Exhibit "C"** is a true and correct print-out copy of the USPTO Trademark
3    Registration record for Reg. No. 4154395 for the mark "Tony Robbins".

4         7.    In addition to the registered marks in and related to the names
5    Anthony Robbins and Tony Robbins, RRI holds dozens of additional registered
6    marks related Anthony Robbins'/Tony Robbins' and RRI' products and services
7    created and developed by Robbins and provided under his name/mark through RRI,
8    including, for example, Money Master The Game, Living Health, Unleash The
9    Power Within, Mastering Influence, Date With Destiny, Ultimate Edge, Inter
10   Strength Series Lessons In Mastery, Live With Passion, Personal Power, and
11   Unlimited Power, among others. The marks are utilized in association with classes,
12   seminars, training, printed materials, books, programs and online and audio
13   programs in the fields of financial improvement and personal improvement. RRI
14   likewise holds many dozens of registered copyrights in and to books, printed
15   materials and programs (print and audio) authored, created and/or developed by
16   Robbins.  Attached hereto as **Exhibit "D"** is a true and correct copy of a print-out
17   of USPTO Trademark Registration record search list, evidencing additional related
18   Anthony Robbins, Tony Robbins and Robbins' product and services marks held by
19   RRI and its related entity TR Legacy LLC.

20        I declare under penalty of perjury under the laws of the United States that
21   the foregoing is true and correct. Executed this 29 of August 2025, in the County
22   of San Diego, State of California.

23

24

25   _____
                **BRUCE LEVINE**
26

27

28

Exhibit A

United States Patent and Trademark Office

Home|Site Index|Search|FAQ|Glossary|Contacts|eBusiness|eBiz alerts|News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jul 27 03:17:23 EDT 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout　Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# ANTHONY ROBBINS

| | |
|---|---|
| **Word Mark** | ANTHONY ROBBINS |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Educational services, namely conducting classes and seminars in the fields of financial improvement, personal improvement and sales training. FIRST USE: 19810228. FIRST USE IN COMMERCE: 19810228 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75571860 |
| **Filing Date** | October 16, 1998 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 12, 1999 |
| **Registration Number** | 2305962 |
| **International Registration Number** | 0895305 |
| **Registration Date** | January 4, 2000 |
| **Owner** | (REGISTRANT) Robbins Research International, Inc. CORPORATION NEVADA 9888 Carroll Centre Road, Suite 100 San Diego CALIFORNIA 92126 |
| | (LAST LISTED OWNER) TR LEGACY, LLC LIMITED LIABILITY COMPANY NEVADA 6160 Cornerstone Court East, Suite 200 San Diego CALIFORNIA 92121 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | John H. Alspaugh, Esq. |
| **Prior Registrations** | 1851374;1852682;2043012;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20200114. |
| **Renewal** | 2ND RENEWAL 20200114 |
| **Other Data** | "ANTHONY ROBBINS" is a living individual whose consent is of record. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | Top | HELP |

p. 6

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

EXHIBIT A

Exhibit B

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Mon Jan 3 03:32:22 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [_____]  OR  Jump  to record: [_____]   **Record 5 out of 7**

---

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# ANTHONY ROBBINS

| | |
|---|---|
| **Word Mark** | ANTHONY ROBBINS |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: audio and video recordings in the field of personal improvement. FIRST USE: 19880000. FIRST USE IN COMMERCE: 19880000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77020443 |
| **Filing Date** | October 13, 2006 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 2, 2007 |
| **Registration Number** | 3354887 |
| **Registration Date** | December 18, 2007 |
| **Owner** | (REGISTRANT) Robbins Research International, Inc. CORPORATION NEVADA 9888 Carroll Centre Road, Suite 100 San Diego CALIFORNIA 92126 |
| | (LAST LISTED OWNER) TR LEGACY, LLC LIMITED LIABILITY COMPANY NEVADA 6160 Cornerstone Court East, Suite 200 San Diego CALIFORNIA 92121 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | John H. Alspaugh, Esq. |
| **Prior** | 2305962 |

p. 7

EXHIBIT **B**

| | |
|---|---|
| **Registrations** | |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20170808. |
| **Renewal** | 1ST RENEWAL 20170808 |
| **Live/Dead Indicator** | **LIVE** |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

p. 8

EXHIBIT B

Exhibit C



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jul 27 03:17:23 EDT 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# TONY ROBBINS

| | |
|---|---|
| **Word Mark** | TONY ROBBINS |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: audio and video recordings in the field of personal improvement, financial improvement and sales training. FIRST USE: 19800000. FIRST USE IN COMMERCE: 19800000 |
| | IC 041. US 100 101 107. G & S: educational services, namely, conducting classes and seminars in the fields of personal improvement, financial improvement and sales training. FIRST USE: 19800000. FIRST USE IN COMMERCE: 19800000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77680528 |
| **Filing Date** | February 27, 2009 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 7, 2009 |
| **Registration Number** | 4154395 |
| **International Registration Number** | 1426841 |
| **Registration Date** | June 5, 2012 |
| **Owner** | (REGISTRANT) Robbins Research International, Inc. CORPORATION NEVADA 930 S. Andreasen Drive, Suite H Escondido CALIFORNIA 92029 |
| | (LAST LISTED OWNER) TR LEGACY, LLC LIMITED LIABILITY COMPANY NEVADA 6160 Cornerstone Court East, Suite 200 San Diego CALIFORNIA 92121 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | John H. Alspaugh, Esq. |
| **Prior Registrations** | 2305962;3354887 |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |

p. 9

EXHIBIT C

| | |
|---|---|
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Other Data** | The name "TONY ROBBINS" identifies a living individual whose consent is of record. |
| **Live/Dead Indicator** | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  TOP  HELP

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

p. 10

EXHIBIT **C**

Exhibit D



An official website of the United States government   Here's how you know ⌄

**Search results** > Help

Home > Search results

[Search by all ▾] "Anthony Robbins" "To[×]  [Refine search by good]  [🔍]     Basic  [Expert]

**Status filter**
☑ Live                          9
  ☑ Registered
    Pending
  Dead                          0
    Cancelled
    Abandoned

**Class filter** ⌄

**Sort** ⌄

**Configure** ⌃
☑ Show image
**Reset**

**9 results** for "Anthony Robbins" "Tony Robbins"          [grid] [list] [=]  Export ▾

| Result | Image |
|---|---|
| Wordmark Class Serial Status | |

**1**
ANTHONY ROBBINS
ANTHONY ROBBINS
041
75571860
[LIVE] [REGISTERED]

**2**
ANTHONY ROBBINS
009
77020443
[LIVE] [REGISTERED]

**3**
TONY ROBBINS
009, 041
77680528
[LIVE] [REGISTERED]

**4**
ANTHONY ROBBINS POWERTALK!
009
86270613
[LIVE] [REGISTERED]

**5**
ANTHONY ROBBINS PLATINUM PARTNERSHIP
041
78896255
[LIVE] [REGISTERED]

**6**
ANTHONY ROBBINS LIFE MASTERY
041
86731355
[LIVE] [REGISTERED]

p. 11

EXHIBIT D



7

MONEY MASTER THE GAME
042
87257913
LIVE  REGISTERED

8

BREAKTHROUGH WITH **TONY ROBBINS**
045, 009, 041
85097328
LIVE  REGISTERED

9

**ANTHONY ROBBINS** PERSONAL COACHING COLLECTION
009
77123055
LIVE  REGISTERED

50 per page ▾   |< ‹ Page 1 of 1 › >|   ↑

## Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com    Subscribe

About the USPTO   •   Search for patents   •   Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Financial and Performance Data
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

**uspto**  UNITED STATES
PATENT AND TRADEMARK OFFICE ®

Follow us

p. 12

EXHIBIT D