```
 1  BRIAN G. WOLF (SBN 135257)
    bwolf@lavelysinger.com
 2  EVAN N. SPIEGEL (SBN 198071)
    espiegel@lavelysinger.com
 3  CESIE C. ALVAREZ (SBN 355204)
    calvarez@lavelysinger.com
 4  LAVELY & SINGER P.C.
    2049 Century Park East, Suite 2400
 5  Los Angeles, California 90067-2906
    Tel:   (310) 556-3501
 6
 7  Attorneys for Plaintiffs
    ROBBINS RESEARCH INTERNATIONAL, INC.,
 8  and TR LEGACY, LLC
 9
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| Robbins Research International, Inc., a corporation; TR Legacy, LLC, a limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> InnoLeap AI LLC, a limited liability company; Mira Muse LLC, a limited liability company; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO.: 25cv1637-GPC-DEB <br><br> **PROOF OF SERVICE VIA U.S. MAIL RE MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS INNOLEAP AI LLC AND MIRA MUSE LLC** |
|---|---|

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2049 Century Park East, Suite 2400, Los Angeles, California 90067-2906.

     On the date listed below, I served the foregoing document(s) described as:

**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS INNOLEAP AI LLC AND MIRA MUSE LLC; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**DECLARATION OF YOGESH BABLA IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS INNOLEAP AI LLC AND MIRA MUSE LLC**

**DECLARATION OF BRUCE LEVINE IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS INNOLEAP AI LLC AND MIRA MUSE LLC**

**DECLARATION OF EVAN N. SPIEGEL IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS INNOLEAP AI LLC AND MIRA MUSE LLC**

**JUDGMENT AND ORDERS AGAINST DEFENDANTS INNOLEAP AI LLC AND MIRA MUSE LLC**

on the interested parties in this action by placing:

     **[X] a true and correct copy** -OR- [ ] **the original document** thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| InnoLeap AI LLC | Mira Muse LLC |
| c/o Northwest Registered Agent Service Inc. | c/o Registered Agents Inc. |
| 30 N. Gould Street, Suite N | 1500 N. Grant Street, Suite R |
| Sheridan, WY 82801 | Denver, CO 80203 |

**[X]**   **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

---

PROOF OF SERVICE VIA U.S. MAIL RE MOTION FOR DEFAULT JUDGMENT     **25cv01637**

     I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed on September 3, 2025, at Los Angeles, California.

_____
Melanie Jacobs

PROOF OF SERVICE VIA U.S. MAIL RE MOTION FOR DEFAULT JUDGMENT    **25cv01637**