UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Robbins Research International, Inc., a corporation; TR Legacy, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>InnoLeap AI LLC, a limited liability company; Mira Muse LLC, a limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 25cv1637-GPC(DEB)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |
|---|---|

Plaintiffs filed a motion for default judgment. (Dkt. No. 12.) Accordingly, IT IS HEREBY ORDERED that any opposition shall be filed on or before **October 3, 2025**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Any reply shall be filed on or before **October 17, 2025**.  A hearing is set on **November 21, 2025 at 1:30 p.m.** in Courtroom 12A.

IT IS SO ORDERED.

Dated:  September 4, 2025

Hon. Gonzalo P. Curiel
United States District Judge

cc:

InnoLeap AI LLC
c/o Northwest Registered Agent Service Inc.
30 N. Gould Street, Suite N
Sheridan, WY 82801

Mira Muse LLC
c/o Registered Agents Inc.
1500 N. Grant Street, Suite R
Denver, CO 80203