**BRIAN G. WOLF (SBN 135257)**
bwolf@lavelysinger.com
**EVAN N. SPIEGEL (SBN 198071)**
espiegel@lavelysinger.com
**CESIE C. ALVAREZ (SBN 355204)**
calvarez@lavelysinger.com
**LAVELY & SINGER P.C.**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Tel: (310) 556-3501

Attorneys for Plaintiffs
ROBBINS RESEARCH INTERNATIONAL, INC.,
and TR LEGACY, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Robbins Research International, Inc.**, a corporation; **TR Legacy, LLC**, a limited liability company,<br><br>        Plaintiffs,<br>  v.<br><br>**InnoLeap AI LLC**, a limited liability company; **Mira Muse LLC**, a limited liability company; and DOES 1-10, inclusive,<br><br>        Defendants. | CASE NO.: 25cv1637-GPC-DEB<br>Hon. Gonzalo P. Curiel<br><br>**PLAINTIFFS' REPLY AND NOTICE OF NON-OPPOSITION BY DEFENDANTS TO MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS INNOLEAP AI LLC AND MIRA MUSE LLC**<br><br>**DATE:** **November 21, 2025**<br>**TIME:** **1:30 p.m.**<br>**PLACE:** **USDC, Carter/Keep Courthouse Courtroom 12A**<br>**333 West Broadway San Diego, CA 92101**<br><br>Complaint Filed: June 26, 2025<br>Innoleap AI LLC<br>  Service Effective: July 1, 2025<br>  L/D to Respond: July 22, 2025<br>Mira Muse LLC<br>  Service Effective: June 30, 2025<br>  L/D to Respond: July 21, 2025<br>Defaults Entered: Aug 1, 2025<br>L/D Defs Opp to Mtn: Oct 3, 2025 |

1470-380

PLAINTIFFS' REPLY AND NOTICE OF NON-OPPOSITION BY
DEFENDANTS TO MOTION FOR DEFAULT JUDGMENT

25cv1637

**TO THE COURT AND ALL PARTIES APPEARING HEREIN:**

**PLEASE TAKE NOTICE** that there has been <u>no written opposition filed by Defendants</u> INNOLEAP AI LLC ("InnoLeap") and/or MIRA MUSE LLC ("Mira Muse") (collectively, "Defendants") to Plaintiffs ROBBINS RESEARCH INTERNATIONAL, INC.'s ("RRI") and TR LEGACY, LLC's ("TRL") (RRI and TRL collectively referred to as "Plaintiffs") Motion for Default Judgment, set for hearing on November 21, 2025.  Pursuant to this Court's "Order Setting Briefing Schedule" (Document ("Dkt") #13), issued September 9, 2025, the Court "ORDERED that any opposition shall be filed on or before **October 3, 2025.**"

On, September 3, 2025, Plaintiffs filed and served Defendants with a copy of the Motion for Default Judgment (the "Motion") (pursuant to F.R.C.P. Rule 55(b)(2), and USDC-SD Local Civil Rule 55.1) (Dkt #12) and related and accompanying documents (Dkts #12-1, 12-2, 12-3, 12-4) via U.S. Mail, care of (c/o) their respective registered agents for service of process.  A Proof of Service has been filed with the Court. (Dkt #12-4).  On September 9, 2025, the Court served copies of its "Order Setting Briefing Schedule" with respect to the Motion on Defendants via U.S. Mail, c/o their respective registered agents for service of process. (Dkt #13).

Notwithstanding and despite issuance and service of numerous cease and desist demand letters to Defendants, and ultimately service of the Summons & Complaint, Defendants' owners and operators have continued to openly display, post, promote and disseminate the infringing materials – *i.e*., unauthorized AI chatbot replicas of Robbins on and through their jointly owned and operated subscription-based website, <www.yeschat.ai> (Defendants' "Website").

Despite service of the Summons & Complaint (see Proofs of Service, Dkts #6, 7), service of the Request for Entry of Default (Dkt #9), service of Default re Defendants (Dkt #11), service of the Motion for Default Judgment and Proposed Order and accompanying documents (Dkt #12-4), and service by the Court of its

1

"Order Setting Briefing Schedule" (Dkt #13), Defendants have failed to respond to the action, and <u>Defendants have failed to timely file any response or Opposition to the Motion</u>. As the deadline for Defendants to file and serve any opposition to the Motion was set and noticed by the Court to be October 3, 2025, and no opposition papers have been timely or otherwise filed or served by Defendants, Defendants should be deemed to have waived any opposition or objection to the Motion and to issuance of the proposed Order, Judgment and Permanent Injunction.

Based on the foregoing, Plaintiffs requests that the Defendants and any other persons be precluded from offering oral argument at the hearing on the Motion re issuance of the default judgment and requested proposed order, judgment and permanent injunction, and that the Court find that the failure of the Defendants to file any opposition papers creates an inference that the Complaint, Motion and requested relief are meritorious. *Gwaduri v. I.N.S.*, 362 F.3d 1144, 1146 (9th Cir. 2004) (Where a party fails to file timely opposition to a motion, it is "well-within" the court's discretion to determine that such failure is "tantamount to a concession that its position in the litigation was not substantially justified."); *Weil v. Seltzer*, 873 F.2d 1453, 1459 (D.C. Cir. 1989) (Holding that a party who fails to file an opposition to a motion is deemed to have waived opposition and may not be heard to complain on appeal).

## CONCLUSION

Based on the foregoing, Plaintiffs respectfully request that the Motion be granted in its entirety and that the Court issue and enter the requested proposed order, judgment and permanent injunction, and for such other alternative and further relief as the Court may deem to be just and appropriate.

Dated: October 8, 2025　　　　　　　LAVELY & SINGER PC

By: 　*/s/ Evan Spiegel*
　　　EVAN N. SPIEGEL
　　Attorneys for Plaintiffs

2

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2049 Century Park East, Suite 2400, Los Angeles, California 90067-2906.

On the date listed below, I served the foregoing document described as:

**PLAINTIFFS' REPLY AND NOTICE OF NON-OPPOSITION BY DEFENDANTS TO MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS INNOLEAP AI LLC AND MIRA MUSE LLC**

on the interested parties in this action by placing:

**[X] a true and correct copy -OR- [ ] the original document** thereof enclosed in sealed envelopes addressed as follows:

InnoLeap AI LLC
c/o Northwest Registered Agent Service Inc.
30 N. Gould Street, Suite N
Sheridan, WY 82801

Mira Muse LLC
c/o Registered Agents Inc.
1500 N. Grant Street, Suite R
Denver, CO 80203

**[X]  BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 8, 2025, at Los Angeles, California.

_Melanie Jacobs_
Melanie Jacobs