**BRIAN G. WOLF (SBN 135257)**
bwolf@lavelysinger.com
**EVAN N. SPIEGEL (SBN 198071)**
espiegel@lavelysinger.com
**LAVELY & SINGER P.C.**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Tel: (310) 556-3501

Attorneys for Plaintiffs
ROBBINS RESEARCH INTERNATIONAL, INC.,
and TR LEGACY, LLC

**CHRISTOPHER D. LEE** (SBN 310042)
Christopher@lacommerciallaw.com
**L.A. COMMERCIAL ATTORNEY, A PROF. LAW CORP.**
9660 Flair Dr, Ste 438
El Monte, CA 91731
Tel: (626)782-7383

Attorney for Defendants MIRA MUSE LLC
and INNOLEAP AI LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Robbins Research International, Inc.**, a corporation; **TR Legacy, LLC**, a limited liability company,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>**InnoLeap AI LLC**, a limited liability company; **Mira Muse LLC**, a limited liability company; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 25cv1637-GPC-DEB<br>Hon. Gonzalo P. Curiel<br><br>**EX PARTE JOINT APPL/MOTION AND STIPULATION OF PARTIES FOR CONTINUANCE OF DECEMBER 5, 2025 HEARINGS ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND FOR DEFENDANTS' MOTION TO SET ASIDE DEFAULT; AND PROPOSED ORDER**<br><br>**DATE:** December 5, 2025<br>**TIME:** 1:30 p.m.<br>**PLACE:** USDC, Carter/Keep Courthouse<br>Courtroom 12A<br>333 West Broadway<br>San Diego, CA 92101 |

1470-380

**TO THE COURT AND ALL PARTIES APPEARING HEREIN:**

**PLEASE TAKE NOTICE** that the parties to this action respectfully move and advance this Ex Parte Joint Application/Motion and Stipulation (this "Joint Application/Motion") for a continuance and resetting of the concurrent scheduled December 5, 2025 Hearings (the "Hearings") on (i) Plaintiffs' Motion for Default Judgment (Plaintiffs' "Motion for Default Judgment"), and (ii) Defendants' Motion to Set Aside Default (Defendants' "Motion to Set Aside") (collectively, the "Pending Motions"), in order to permit the parties sufficient time to prepare and submit, and then the Court to act upon, a stipulated final judgment as to all claims and defendants.

## RECITALS

1. Plaintiffs ROBBINS RESEARCH INTERNATIONAL, INC. ("RRI") and TR LEGACY, LLC ("TRL") (RRI and TRL collectively referred to as "Plaintiffs") filed the instant Complaint ("Complaint") on June 26, 2025. Defendant INNOLEAP AI LLC ("InnoLeap") was served with the Summons and Complaint on July 1, 2025. Defendant MIRA MUSE LLC ("Mira Muse") was served with the Summons and Complaint on June 30, 2025. Plaintiffs filed respective Request for Entry of Default against InnoLeap and Mira Muse (collectively, "Defendants") on July 30, 2025, and the Clerk of Court entered the default as to both Defendants on August 1, 2025.

2. On September 3, 2025, Plaintiffs thereafter filed their Motion for Default Judgment against Defendants, with an initial hearing date set for November 21, 2025. Pursuant to this Court's "Order Setting Briefing Schedule" (Document ("Dkt") #13), the Court ordered that any opposition shall be filed on or before October 3, 2025. No oppositions were filed.

3. On November 5, 2025, Defendants thereafter filed their Motion to Set Aside Default, with hearing date set for December 5, 2025. The Court thereafter

issued a Minute Order, continuing the hearing on Plaintiffs' Motion for Default Judgment from November 21, 2025 to December 5, 2025 to be heard with Defendants' Motion to Set Aside Default.

4. The parties have since and now reached an agreement, in principle, as to submission and entry of a stipulated final judgement in favor of Plaintiffs and against Defendants, in order to resolve this action in its entirety and avoid further incurring of judicial and party resources.  The parties, however, require reasonable sufficient time to prepare a written agreement and to prepare and submit a stipulated final judgment, and then time for the Court to then consider and, have a hearing on, or otherwise issue an order based thereon.

5. The parties have met and conferred and agree that, with the upcoming Hearings on the dulling Pending Motions and the last day for Plaintiffs' to otherwise file their Opposition to Defendants' Motion being this Friday, November 21, 2025, in order to conserve and not to waste both judicial resources and that of the parties with the otherwise necessity of preparing the Opposition to Defendants' Motion, the parties jointly request that the court continue and reschedule the Hearings (currently set for Friday, December 5, 2025) for a sufficient period of time in order for the parties to prepare and to submit, and have the Court act upon, a stipulated final judgment.

**STIPULATION**

6. The Parties hereby agree and stipulate to continue and reschedule the Hearings, set for December 5, 2025, for a minimum of three-weeks (or as available thereafter on the court's calendar) and extend/reset the briefing schedule on Defendants' Motion pursuant to the new continued hearing date, which will benefit all parties and the Court.

7. The Parties further hereby agree that, should the Court not continue the Hearings prior the last day for Plaintiffs' to otherwise file their Opposition to

Defendants' Motion, Defendants stipulate and agree to an extension of time, until December 4, 2025 at 5 p.m. for Plaintiffs to file their Opposition, and do not and will not object to any such filing as untimely.

## CONCLUSION

Based on the foregoing, the parties respectfully request that this *Ex Parte* Application/Motion and Stipulation be granted and that the Court issue an order to continue and reschedule the Hearings (currently set for December 5, 2025) for a sufficient period of time in order for the parties to prepare and to submit, and have the Court act upon, a stipulated final judgment. A proposed Order is submitted concurrently herewith.

Dated: October 18, 2025         LAVELY & SINGER PC

                                By: _____*/s/ Evan Spiegel*_____
                                     EVAN N. SPIEGEL
                                     Attorneys for Plaintiffs ROBBINS
                                     RESEARCH INTERNATIONAL,
                                     INC. and TR LEGACY, LLC

Dated: October 18, 2025         L.A. COMMERCIAL ATTORNEY, A
                                PROF. LAW CORP.

                                By: _____
                                     CHRISTOPHER D. LEE
                                     Attorneys for Defendants
                                     MIRA MUSE LLC
                                     and INNOLEAP AI LLC