**BRIAN G. WOLF (SBN 135257)**
bwolf@lavelysinger.com
**EVAN N. SPIEGEL (SBN 198071)**
espiegel@lavelysinger.com
**CESIE C. ALVAREZ (SBN 355204)**
calvarez@lavelysinger.com
**LAVELY & SINGER P.C.**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Tel: (310) 556-3501

Attorneys for Plaintiffs
ROBBINS RESEARCH INTERNATIONAL, INC.,
and TR LEGACY, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Robbins Research International, Inc.**, a corporation; **TR Legacy, LLC**, a limited liability company, <br><br> Plaintiffs, <br> v. <br><br> **InnoLeap AI LLC**, a limited liability company; **Mira Muse LLC**, a limited liability company; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO.: 25cv1637-GPC-DEB <br> Hon. Gonzalo P. Curiel <br><br> **NOTICE OF ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT (MONETARY) BY DEFENDANTS** |

1470-380

**TO THE UNITED STATES DISTRICT COURT AND ALL PARTIES APPEARING HEREIN:**

**PLEASE TAKE NOTICE** that Plaintiffs ROBBINS RESEARCH INTERNATIONAL, INC. ("RRI") and TR LEGACY, LLC ("TRL") (RRI and TRL collectively referred to as "Plaintiffs") hereby acknowledge and confirm that Defendants INNOLEAP AI LLC ("InnoLeap") and MIRA MUSE LLC ("Mira Muse") (InnoLeap and Mira Muse collectively referred to as "Defendants") are deemed to have fully and finally satisfied the monetary damages component of the Judgment and Orders entered by this Court, dated January 9, 2026, Docket Item No. 21 (the "Judgment").  The Plaintiffs have accepted payment or performance other than that specified in the judgment in full satisfaction thereof, and the total amount of the monetary damages portion of the Judgment is thereby deemed satisfied.

Dated:  February 18, 2026

LAVELY & SINGER PC

By:  _____

EVAN N. SPIEGEL
Attorneys for Plaintiffs ROBBINS
RESEARCH INTERNATIONAL, INC.
and TR LEGACY, LLC

/ / /

/ / /

1

NOTICE OF ACKNOWLEDGMENT
OF SATISFACTION OF JUDGMENT

**25cv01637**